**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF IDAHO

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/15

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name** | | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | **Adrian**<br>First name | **Jennifer**<br>First name |
| | | **Val**<br>Middle name | **Chandler**<br>Middle name |
| | Bring your picture identification to your meeting with the trustee. | **Wadsworth**<br>Last name and Suffix (Sr., Jr., II, III) | **Wadsworth**<br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br>Include your married or maiden names. | | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-8916 | xxx-xx-0803 |

| Debtor 1 | **Adrian Val Wadsworth** |
|---|---|
| Debtor 2 | **Jennifer Chandler Wadsworth** |

Case number *(if known)* _____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EINs | ■ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EINs |
| **5. Where you live** | **2537 Butte St<br>Pocatello, ID 83201**<br>Number, Street, City, State & ZIP Code<br><br>**Bannock**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code | If Debtor 2 lives at a different address:<br><br>_____<br>Number, Street, City, State & ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br><br>_____ | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br><br>_____ |

| Debtor 1 | **Adrian Val Wadsworth** | | |
|---|---|---|---|
| Debtor 2 | **Jennifer Chandler Wadsworth** | | |
| | | Case number *(if known)* | |

---

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

■ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

---

**8. How you will pay the fee**

■ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9. Have you filed for bankruptcy within the last 8 years?**

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |

---

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No

☐ Yes.

| Debtor | | | Relationship to you | |
|---|---|---|---|---|
| District | | When | Case number, if known | |
| Debtor | | | Relationship to you | |
| District | | When | Case number, if known | |

---

**11. Do you rent your residence?**

■ No.    Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

    ☐ No. Go to line 12.

    ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

---

| Debtor 1 | **Adrian Val Wadsworth** | Case number *(if known)* | |
|---|---|---|---|
| Debtor 2 | **Jennifer Chandler Wadsworth** | | |

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
|---|---|

**12.** **Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No.   Go to Part 4.

☐ Yes.   Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13.** **Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).*

☑ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
|---|---|

**14.** **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes.   What is the hazard?   _____

_____

If immediate attention is needed, why is it needed?   _____

_____

Where is the property?   _____

_____
Number, Street, City, State & Zip Code

| Debtor 1 | **Adrian Val Wadsworth** | | |
|---|---|---|---|
| Debtor 2 | **Jennifer Chandler Wadsworth** | Case number *(if known)* | |

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**15.** **Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Debtor 1 | **Adrian Val Wadsworth** | | Case number *(if known)* |
|---|---|---|---|
| Debtor 2 | **Jennifer Chandler Wadsworth** | | |

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
|---|---|

| **16.** | **What kind of debts do you have?** | 16a. | **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." |
|---|---|---|---|
| | | | ☐ No. Go to line 16b. |
| | | | ■ Yes. Go to line 17. |
| | | 16b. | **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment. |
| | | | ☐ No. Go to line 16c. |
| | | | ☐ Yes. Go to line 17. |
| | | 16c. | State the type of debts you owe that are not consumer debts or business debts |

| **17.** | **Are you filing under Chapter 7?** | ☐ No. | I am not filing under Chapter 7. Go to line 18. |
|---|---|---|---|
| | **Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?** | ■ Yes. | I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors? |
| | | | ■ No |
| | | | ☐ Yes |

| **18.** | **How many Creditors do you estimate that you owe?** | ☐ 1-49<br>☐ 50-99<br>■ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |
|---|---|---|---|---|

| **19.** | **How much do you estimate your assets to be worth?** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>■ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

| **20.** | **How much do you estimate your liabilities to be?** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>■ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

| **Part 7:** | **Sign Below** |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| **/s/ Adrian Val Wadsworth** | **/s/ Jennifer Chandler Wadsworth** |
|---|---|
| **Adrian Val Wadsworth** | **Jennifer Chandler Wadsworth** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Executed on   **January 13, 2016** | Executed on   **January 13, 2016** |
| MM / DD / YYYY | MM / DD / YYYY |

Debtor 1 **Adrian Val Wadsworth**
Debtor 2 **Jennifer Chandler Wadsworth**                                    Case number *(if known)* _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Monte Gray**                                    Date    **January 13, 2016**
Signature of Attorney for Debtor                              MM / DD / YYYY

**Monte Gray**
Printed name

**Gray Law Office, PLLC**
Firm name

**427 N. Main St., Ste. L**
**P.O. Box 37**
**Pocatello, ID 83204-0037**
Number, Street, City, State & ZIP Code

Contact phone    **(208) 478-1250**                Email address    **montegray@cableone.net**

**5988**
Bar number & State

---

1st Financial Bank
PO Box 1050
North Sioux City, SD 57049-1050


A-1 Collection Agency
715 Horizon Drive
Grand Junction, CO 81506


Afni, Inc.
1310 MLK Drive
POB 3517
Bloomington, IL 61702-3517


Anesthesia Assoc Pocatello
333 N. 18th Ave.
Suite A
Pocatello, ID 83201-3358


Auto Image
2042 Garrett Way
Pocatello, ID 83201


Axcssfn/cngo
7755 Montgomery Rd Ste 4
Cincinnati, OH 45236


Bingham Memorial Hospital
98 Poplar
Blackfoot, ID 83221


Blackrock Dental
1606 E Center St
Pocatello, ID 83201


Bonneville Billing   Collect
PO Box 150621
Ogden, UT 84415-0621

Bureaus Investment Group
Portfolio No 15 LLC
1717 Central St
Evanston, IL 60201


Cable One
PO Box 78407
Phoenix, AZ 85062-8407


Caliber Home Loans, In
13801 Wireless Way
Oklahoma City, OK 73012


Capital Management Svcs LP
698 1/2 South Ogden Street
Buffalo, NY 14206-2317


Capital One
Po Box 30253
Salt Lake City, UT 84130


Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130


Capital One Bank USA, NA
1680 Capital One Drive #1400
Mc Lean, VA 22102


Capital One, N.A.
POB 30285
Salt Lake City, UT 84130


Cbp Affiliated Service
1246 Yellowstone Ave Ste D1
Pocatello, ID 83201

CDI Affiliated Services
dba CBP Affiliate Services
1246 Yellowstone Ave, Ste D1
Pocatello, ID 83201


Centcredserv
Po Box 7230
Overland Park, KS 66207


Central Financial Control
POB 66044
Anaheim, CA 92816-6044


Century Link
930 West Cedar Street
Pocatello, ID 83201


Chase Bank Usa  N.A.
200 White Clay Center Drive
Newark, DE 19711-5466


Chase Card Services
Attn:Bankruptcy Dept
Po Box 15298
Wilmington, DE 19850


Check N Go
Collections Department
4540 Cooper Rd, Ste 305
Cincinnati, OH 45242-5649


Citifinancial/Onemain
Citifinacial Inc.
Pob 140489
Irving, TX 75063

```
Civil Division
Bannock County Sheriff
POB 4666
Pocatello, ID 83205


Cmre Financial Services Inc
3075 E Imperial Hwy Ste 200
Brea, CA 92821


Consumer Portfolio Svc
Attn:Bankruptcy
19500 Jamboree Rd
Irvine, CA 92612


Credit Collection Services
Two Wells Ave.
Newton Center, MA 02459


Credit Management
PO Box 118288
Carrollton, TX 75011-8288


Credit Management Lp
PO Box 118288
Carrollton, TX 75007


Creditors Protection S
Po Box 4115
Rockford, IL 61101


Credt One Bank NA
PO Box 60500
City of Industry, CA 91716-0500


Culligan Water
 608 N 5th Ave
Pocatello, ID 83201
```

Daines   Jenkins LLP
PO Box 4674
Logan, UT 84323


Daniel J Flanagan MD
 4403 Harrison Blvd
Ogden, UT 84403


Dept Of Ed/navient
Po Box 9635
Wilkes Barre, PA 18773


Deric Ravsten, DO
PO Box 4756
Pocatello, ID 83205-4756


Digis
727 E 930 S
American Fork, UT 84003


Dish
PO Box 94063
Palatine, IL 60094-4063


Dr Gregory Anderson
1395 N 400 E
Logan, UT 84341


Drive Fin/Santander Consumer
Attn: Bankruptcy
5201 Rufe Snow Dr Ste 400n
Richland Hills, TX 76180


Ed Snell Pharmacy
1015 E Young St
Pocatello, ID 83201

Express Recovery Svcs
2790 S Decker Lake Dr
Salt Lake City, UT 84119


Farm Bureau
Po Box 4848
Pocatello, ID 83205


First National Bank
Attn: FNN Legal Dept
1620 Dodge St Stop Code 3290
Omaha, NE 68197


Fred Meyer Stores, Inc.
800 Yellowstone Ave.
Pocatello, ID 83201


Fst Coll Srv
10925 Otter Creek E Blvd
Mabelvale, AR 72103


Ge Capital Retail Bank
950 Forrer Blvd
Kettering, OH 45420


Ginnys/Swiss Colony Inc
Attn: Bankruptcy
1112 7th Ave
Monroe, WI 53566


Hand  Upper Extremity Ctr
560 Memorial Drive
Suite B
Pocatello, ID 83201-4621


HFC/Beneficial Mtg Services
Attn: Bankruptcy
961 Weigel Dr
Elmhurst, IL 60126

```
Hsbc Bank Nevada  N.A.
1111 N Town Center Dr
Las Vegas, NV 89144


Hsbc Bank Nevada, N.A.
Orchard Bank
PO Box 60501
City of Industry, CA 91716-0501


Hsbc Kawasaki
Attention: Bankruptcy
Po Box 5216
Carol Stream, IL 60197


Idaho Orthopaedic  Sports
560 Memorial Drive
Pocatello, ID 83201


Idaho Secretary of State
700 West Jefferson Street
#205
Boise, ID 83702


Idaho Skin Institute
147 West Chubbuck Road
Pocatello, ID 83202


Intermnt Credit Servic
10624 W Executive Dr
Boise, ID 83713


Intermountain Healthcare
POB 27128
Salt Lake City, UT 84127-0128


Jeffrey S Keyser MD
1350 N 500
Logan, UT 84341
```

Johnson Mark LLC
POB 7811
Sandy, UT 84091


Kim Loveland
Law Office
POB 4517
Pocatello, ID 83205


Lab Corpof America Holdings
POB 2240
Burlington, NC 27216-2240


Lance Olsen, Foreclosure Tst
108 1st Ave South, Ste 202
Seattle, WA 98104


LHP Pocatello, LLC
aka Portneuf Medical Center
777 Hospital Way
Pocatello, ID 83201


Liberty Mutual
4922 Yellowstone Ave Ste 1
Pocatello, ID 83202


Life Change Associates
1777 East Clark
Ste 210
Pocatello, ID 83201-3557


Logan Radiology Group
POB 1108
Bountiful, UT 84011-1108


May Rammell   Thompson
216 West Whitman Street
Pocatello, ID 83204

```
Medical Data Systems I
Attn: Bankruptcy
2001 9th Ave Ste 312
Vero Beach, FL 32960


Medical Imaging Associates
POB 2671
Idaho Falls, ID 83403-2671


Medical Recovery Services
POB 51178
430 Shoup Ave
Idaho Falls, ID 83405


Medical Revenue Services
POB 1149
Sebring, FL 33871-1149


Midland Credit Management
8875 Aero Dr. Ste. 200
San Diego, CA 92123-2255


Midland Funding
2365 Northside Dr Ste 30
San Diego, CA 92108


Moneytree Inc.
690 West Quinn, Ste C D
Pocatello, ID 83202


Mountainview Family Medicine
2006 Birdie Thomopson Dr
Pocatello, ID 83201-2768


MRS Associates of NJ
1930 Onley Ave.
Cherry Hill, NJ 08003
```

```
National Credit Adjusters
PO Box 3023
Hutchinson, KS 67504-3023


Northland Group Inc.
POB 390846
Minneapolis, MN 55439


NW Title Loans
299 Yellowstone Ave
Pocatello, ID 83201


Optimum Outcomes, Inc.
POB 660943
Dallas, TX 75266-0943


OrthoBanc
2835 Northpoint Blvd
Hixson, TN 37343


Outsource Receivables Mngmnt
372 24th St Ste 300
Ogden, UT 84401


Physician Immediate Care Ctr
POB 2462
Loves Park, IL 61132-2462


Physicians Mental Health Ser
1110 Call Creek Dr Ste 7
Pocatello, ID 83201-3072


Pocatello Children's Clinic
1151 Hospital Way
Bldg F
Pocatello, ID 83201
```

Pocatello Orthopaedics
333 North 18th Avenue
Suite D-1
Pocatello, ID 83201


Pocatello Women's Health
777 Hospital Way #300
Pocatello, ID 83201


Portfolio Recovery
Attn: Bankruptcy
Po Box 41067
Norfolk, VA 23541


Portfolio Recovery Associate
POB 12914
Norfolk, VA 23541


Portneuf Medical Center
Attn: Patient Accounts
777 Hospital Way
Pocatello, ID 83201


Portneuf Medical Center
POB 843893
Dallas, TX 75284-3893


Publishers Clearing House
POB 4002936
Des Moines, IA 50340-2936


R.C.Willey Corp
2301 South 300 West
Salt Lake City, UT 84115


Radene Barker, Treasurer
Bannock County
PO Box 4626
Pocatello, ID 83205

```
Radiology Physicians of ID
POB 30015
Dept #60
Salt Lake City, UT 84130-0015


Radiology Physicians of ID
Attn: Patient Accounts
444 Hospital Way
Pocatello, ID 83201


Rc Willey Home Furnishings
Attn: Bankruptcy
Po Box 65320
Salt Lake City, UT 84165


Real Time Resolutions
1349 Empire Central Dr S
Dallas, TX 75247


Rebuild Financial
1875 Hurley Dr. Ste D
Pocatello, ID 83202


REC Acquisitions LLC
1750 Regal Row
Dallas, TX 75235


Rise
4150 International
Fort Worth, TX 76109


Rise Broadband
PO Box 2837
Omaha, NE 68103-2837


RMS
4836 Brecksville Rd.
PO Box 523
Richfield, OH 44286
```

Rocky Mountain Dermatology
550 E 1400 N Ste Q
Logan, UT 84341-2450


Rocky Mountain Emergency Phy
651 Memorial Drive
Pocatello, ID 83201


Sean Beck
Johnson Mark LLC
3023 E Cooper Point Dr, #102
Meridian, ID 83642


Stacy L. Wallace
Johnson Mark LLC
3023 E Cooper Point, Ste 102
Meridian, ID 83642


Stoneleigh Recovery Assoc
PO Box 1479
Lombard, IL 60148-8479


Sunrise Credit Services, Inc
PO Box 9100
Farmingdale, NY 11735-9100


Sunrise Credit Services, Inc
PO Box 9168
Farmingdale, NY 11735-9168


Synchrony Bank/Care Credit
Attn: Bankruptcy
Po Box 103104
Roswell, GA 30076


Temp R Patterson MD PA
1338 Hiland Ave Ste C
Burley, ID 83318

```
The Bureaus Inc.
650 Dundee Rd
Ste 370
Northbrook, IL 60062


The CBE Group Inc.
Payment Processing Center
POB 4060
Waterloo, IA 50704-4060


US Bank Corporation
Main Office
POB 5220
Cincinnati, OH 45201


Valley Foot and Ankle PC
1155 Pocatello Creek Rd
Pocatello, ID 83201-2949


Verizon
455 Duke Drive
Franklin, TN 37067


W Kurt Birkenhagen, MD
PO Box 4773
Pocatello, ID 83205


Web Bank
215 S State St
Salt Lake City, UT 84111


Webbank/fingerhut
6250 Ridgewood Rd
Saint Cloud, MN 56303
```