**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Adrian Val Wadsworth** |
| | First Name / Middle Name / Last Name |
| Debtor 2 | **Jennifer Chandler Wadsworth** |
| (Spouse if, filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number (if known) | **16-40020** |

☐ Check if this is an amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information      12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:     Summarize Your Assets**

| | **Your assets** Value of what you own |
|---|---|
| 1.   **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B............................................... | $         125,000.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B...................................... | $         205,391.40 |
| 1c. Copy line 63, Total of all property on Schedule A/B............................................... | $         330,391.40 |

**Part 2:     Summarize Your Liabilities**

| | **Your liabilities** Amount you owe |
|---|---|
| 2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $         268,936.59 |
| 3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $         6,028.84 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $         168,208.46 |
| **Your total liabilities** | $         443,173.89 |

**Part 3:     Summarize Your Income and Expenses**

| | |
|---|---|
| 4.   *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*................................................................. | $         6,174.06 |
| 5.   *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*..................................................................... | $         6,095.37 |

**Part 4:     Answer These Questions for Administrative and Statistical Records**

6.   **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐  No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑  Yes

7.   **What kind of debt do you have?**

☑  **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐  **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to

| Debtor 1 | **Adrian Val Wadsworth** | | |
|---|---|---|---|
| Debtor 2 | **Jennifer Chandler Wadsworth** | | |
| | the court with your other schedules. | Case number *(if known)* | **16-40020** |

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ **6,221.71**

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim | |
|---|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ | **0.00** |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ | **6,028.84** |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ | **0.00** |
| 9d. Student loans. (Copy line 6f.) | $ | **76,352.00** |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ | **0.00** |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ | **0.00** |
| 9g. **Total.** Add lines 9a through 9f. | $ | **82,380.84** |

**Summary of Your Assets and Liabilities and Certain Statistical Information**

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Adrian Val Wadsworth** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | **Jennifer Chandler Wadsworth** |
| (Spouse, if filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number | **16-40020** |

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                           12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

☑ Yes. Where is the property?

| | | |
|---|---|---|
| 1.1 | | |

**2537 Butte St**
Street address, if available, or other description

**Pocatello**     **ID**   **83201-0000**
City                State    ZIP Code

**Bannock**
County

**What is the property?** Check all that apply

☑ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

☐ Timeshare

☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $125,000.00 | $125,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☑ Check if this is community property (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here...........................................................................=>**

| $125,000.00 |
|---|

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Debtor 1    **Adrian Val Wadsworth**

Debtor 2    **Jennifer Chandler Wadsworth**

Case number *(if known)*  **16-40020**

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No

■ Yes

| | | |
|---|---|---|
| 3.1 | Make: **Ford** | **Who has an interest in the property?** Check one |
| | Model: **F-250** | ☐ Debtor 1 only |
| | Year: **2004** | ☐ Debtor 2 only |
| | Approximate mileage: **189,169** | ☐ Debtor 1 and Debtor 2 only |
| | Other information: | ☐ At least one of the debtors and another |
| | Location: 2537 Butte St, Pocatello ID 83201 | ■ Check if this is community property (see instructions) |

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  **$12,000.00**

Current value of the portion you own?  **$12,000.00**

| | | |
|---|---|---|
| 3.2 | Make: **Chevrolet** | **Who has an interest in the property?** Check one |
| | Model: **Silverado** | ☐ Debtor 1 only |
| | Year: **1999** | ☐ Debtor 2 only |
| | Approximate mileage: **200,499** | ■ Debtor 1 and Debtor 2 only |
| | Other information: | ☐ At least one of the debtors and another |
| | Location: 2537 Butte St, Pocatello ID 83201 | ■ Check if this is community property (see instructions) |

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  **$5,000.00**

Current value of the portion you own?  **$5,000.00**

| | | |
|---|---|---|
| 3.3 | Make: **Jeep** | **Who has an interest in the property?** Check one |
| | Model: **Liberty** | ☐ Debtor 1 only |
| | Year: **2003** | ☐ Debtor 2 only |
| | Approximate mileage: **107,636** | ■ Debtor 1 and Debtor 2 only |
| | Other information: | ☐ At least one of the debtors and another |
| | Location: 2537 Butte St, Pocatello ID 83201 | ■ Check if this is community property (see instructions) |

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  **$4,000.00**

Current value of the portion you own?  **$4,000.00**

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No

■ Yes

| | | |
|---|---|---|
| 4.1 | Make: **Kawasaki** | **Who has an interest in the property?** Check one |
| | Model: **KLX650 4wheeler** | ☐ Debtor 1 only |
| | Year: **1996** | ☐ Debtor 2 only |
| | Other information: | ■ Debtor 1 and Debtor 2 only |
| | All 3 Kawasakis on blanket lien Location: 2537 Butte St, Pocatello ID 83201 | ☐ At least one of the debtors and another |
| | | ■ Check if this is community property (see instructions) |

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  **$1,200.00**

Current value of the portion you own?  **$1,200.00**

Debtor 1    **Adrian Val Wadsworth**
Debtor 2    **Jennifer Chandler Wadsworth**

Case number *(if known)*  **16-40020**

---

**4.2**  Make:  **Kawasaki**

Model:  **KLF300**
Year:  **2002**

Other information:

> **All 3 Kawasakis on blanket lien**
> **Location: 2537 Butte St,**
> **Pocatello ID 83201**

Who has an interest in the property? *Check one*

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this is community property
    *(see instructions)*

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $900.00 | $900.00 |

---

**4.3**  Make:  **Kawasaki**

Model:  **KLX110**
Year:  **2002**

Other information:

> **All 3 Kawasakis on Blanket lien**
> **Location: 2537 Butte St,**
> **Pocatello ID 83201**

Who has an interest in the property? *Check one*

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this is community property
    *(see instructions)*

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $700.00 | $700.00 |

---

**4.4**  Make:  **Jayco**

Model:  **1400WC Trailer**
Year:  **2007**

Other information:

> **No Awning, Non working**
> **heating and air-conditioning**
> **unit**
> **Location: 2537 Butte St,**
> **Pocatello ID 83201**

Who has an interest in the property? *Check one*

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this is community property
    *(see instructions)*

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $6,000.00 | $6,000.00 |

---

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..................................................................=>

| $29,800.00 |
|---|

**Part 3:**  Describe Your Personal and  Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6.  **Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware
    ☐ No
    ■ Yes.  Describe.....

| | |
|---|---|
| **Living Room Couch**<br>**Location: 2537 Butte St, Pocatello ID 83201** | $100.00 |
| **Living Room Couch**<br>**Location: 2537 Butte St, Pocatello ID 83201** | $15.00 |
| **Living Room Desk**<br>**Location: 2537 Butte St, Pocatello ID 83201** | $16.00 |
| **Living Room Desk**<br>**Location: 2537 Butte St, Pocatello ID 83201** | $10.00 |
| **Living Room Chair**<br>**Location: 2537 Butte St, Pocatello ID 83201** | $14.00 |

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **Adrian Val Wadsworth** | | |
|---|---|---|---|
| Debtor 2 | **Jennifer Chandler Wadsworth** | | |
| | | Case number *(if known)* | **16-40020** |

| | |
|---|---|
| **Living Room Chair**<br>Location: 2537 Butte St, Pocatello ID 83201 | $3.00 |
| **Living Room Lamp**<br>Location: 2537 Butte St, Pocatello ID 83201 | $5.00 |
| **Living Room TV**<br>Location: 2537 Butte St, Pocatello ID 83201 | $50.00 |
| **Living Room TV**<br>Location: 2537 Butte St, Pocatello ID 83201 | $100.00 |
| **Living Room VCR/DVD Player**<br>Location: 2537 Butte St, Pocatello ID 83201 | $10.00 |
| **Living Room VCR/DVD Player**<br>Location: 2537 Butte St, Pocatello ID 83201 | $5.00 |
| **Living Room Entertainment Center**<br>Location: 2537 Butte St, Pocatello ID 83201 | $40.00 |
| **Living Room Entertainment Center**<br>Location: 2537 Butte St, Pocatello ID 83201 | $10.00 |
| **Dining Room Table**<br>Location: 2537 Butte St, Pocatello ID 83201 | $100.00 |
| **Dining Room Chairs**<br>Location: 2537 Butte St, Pocatello ID 83201 | $50.00 |
| **Bed**<br>Location: 2537 Butte St, Pocatello ID 83201 | $50.00 |
| **Beds (3)**<br>Location: 2537 Butte St, Pocatello ID 83201 | $60.00 |
| **Bedroom Chair**<br>Location: 2537 Butte St, Pocatello ID 83201 | $10.00 |
| **Dresser**<br>Location: 2537 Butte St, Pocatello ID 83201 | $50.00 |
| **Dresser**<br>Location: 2537 Butte St, Pocatello ID 83201 | $30.00 |
| **Dresser**<br>Location: 2537 Butte St, Pocatello ID 83201 | $40.00 |
| **Dresser**<br>Location: 2537 Butte St, Pocatello ID 83201 | $10.00 |
| **Chest of Drawers**<br>Location: 2537 Butte St, Pocatello ID 83201 | $10.00 |
| **Chest of Drawers**<br>Location: 2537 Butte St, Pocatello ID 83201 | $20.00 |
| **Bedroom Desk**<br>Location: 2537 Butte St, Pocatello ID 83201 | $10.00 |

Debtor 1    **Adrian Val Wadsworth**
Debtor 2    **Jennifer Chandler Wadsworth**

Case number *(if known)*  **16-40020**

| | |
|---|---|
| **Bedroom Lamp**<br>Location: 2537 Butte St, Pocatello ID 83201 | $5.00 |
| **Bedroom TV**<br>Location: 2537 Butte St, Pocatello ID 83201 | $50.00 |
| **Bedroom TVs (2)**<br>Location: 2537 Butte St, Pocatello ID 83201 | $120.00 |
| **Bedroom TV**<br>Location: 2537 Butte St, Pocatello ID 83201 | $5.00 |
| **Bedroom VCR/DVD Players (2)**<br>Location: 2537 Butte St, Pocatello ID 83201 | $20.00 |
| **Bedroom VCR/DVD Player**<br>Location: 2537 Butte St, Pocatello ID 83201 | $5.00 |
| **Kitchen Table**<br>Location: 2537 Butte St, Pocatello ID 83201 | $60.00 |
| **Kitchen Chairs**<br>Location: 2537 Butte St, Pocatello ID 83201 | $20.00 |
| **Microwave**<br>Location: 2537 Butte St, Pocatello ID 83201 | $10.00 |
| **Refrigerator**<br>Location: 2537 Butte St, Pocatello ID 83201 | $50.00 |
| **Deep Freezer**<br>Location: 2537 Butte St, Pocatello ID 83201 | $50.00 |
| **Dishwasher**<br>Location: 2537 Butte St, Pocatello ID 83201 | $20.00 |
| **Washing Machine**<br>Location: 2537 Butte St, Pocatello ID 83201 | $50.00 |
| **Dryer**<br>Location: 2537 Butte St, Pocatello ID 83201 | $50.00 |
| **Stove**<br>Location: 2537 Butte St, Pocatello ID 83201 | $60.00 |
| **Dishes**<br>Location: 2537 Butte St, Pocatello ID 83201 | $30.00 |
| **Cookware**<br>Location: 2537 Butte St, Pocatello ID 83201 | $20.00 |
| **Miscellaneous Kitchen Items**<br>Location: 2537 Butte St, Pocatello ID 83201 | $60.00 |
| **Radio**<br>Location: 2537 Butte St, Pocatello ID 83201 | $20.00 |
| **Stereo**<br>Location: 2537 Butte St, Pocatello ID 83201 | $10.00 |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | Adrian Val Wadsworth | | |
|---|---|---|---|
| Debtor 2 | Jennifer Chandler Wadsworth | Case number *(if known)* | **16-40020** |

| | | |
|---|---|---|
| | **Sewing Machine**<br>Location: 2537 Butte St, Pocatello ID 83201 | **$30.00** |
| | **Vacuum Cleaners (2)**<br>Location: 2537 Butte St, Pocatello ID 83201 | **$20.00** |
| | **Vacuum Cleaner**<br>Location: 2537 Butte St, Pocatello ID 83201 | **$5.00** |
| | **Iron**<br>Location: 2537 Butte St, Pocatello ID 83201 | **$2.00** |
| | **Camera**<br>Location: 2537 Butte St, Pocatello ID 83201 | **$20.00** |
| | **Camera**<br>Location: 2537 Butte St, Pocatello ID 83201 | **$50.00** |
| | **Air Conditioner**<br>Location: 2537 Butte St, Pocatello ID 83201 | **$50.00** |
| | **Tools**<br>Location: 2537 Butte St, Pocatello ID 83201 | **$100.00** |
| | **Table Saw**<br>Location: 2537 Butte St, Pocatello ID 83201 | **$50.00** |
| | **Hand Sander**<br>Location: 2537 Butte St, Pocatello ID 83201 | **$50.00** |
| | **Lawn Mower**<br>Location: 2537 Butte St, Pocatello ID 83201 | **$10.00** |
| | **Bikes (2)**<br>Location: 2537 Butte St, Pocatello ID 83201 | **$40.00** |
| | **Books**<br>Location: 2537 Butte St, Pocatello ID 83201 | **$50.00** |
| | **CDs**<br>Location: 2537 Butte St, Pocatello ID 83201 | **$100.00** |
| | **DVDs**<br>Location: 2537 Butte St, Pocatello ID 83201 | **$200.00** |
| | **Exercise Bike**<br>Location: 2537 Butte St, Pocatello ID 83201 | **$50.00** |
| | **Treadmill**<br>Location: 2537 Butte St, Pocatello ID 83201 | **$50.00** |

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices
   including cell phones, cameras, media players, games
   ☐ No
   ■ Yes. Describe.....

| | | |
|---|---|---|
| | **Computer**<br>Location: 2537 Butte St, Pocatello ID 83201 | **$50.00** |

| Debtor 1 | **Adrian Val Wadsworth** | | |
|---|---|---|---|
| Debtor 2 | **Jennifer Chandler Wadsworth** | Case number *(if known)* | **16-40020** |

| | | |
|---|---|---|
| | **Computer**<br>Location: 2537 Butte St, Pocatello ID 83201 | **$50.00** |
| | **Daughter's IPhone 5s**<br>Location: 2537 Butte St, Pocatello ID 83201 | **$10.00** |
| | **Son's IPhone 5s**<br>Location: 2537 Butte St, Pocatello ID 83201 | **$10.00** |
| | **IPhone 6s**<br>Location: 2537 Butte St, Pocatello ID 83201 | **$335.00** |
| | **Samsung Galaxy S6**<br>Location: 2537 Butte St, Pocatello ID 83201 | **$185.00** |
| | **Samsung Galaxy S6**<br>Location: 2537 Butte St, Pocatello ID 83201 | **$185.00** |

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ■ Yes. Describe.....

| | | |
|---|---|---|
| | **Smith & Wesson Springfield Pistol**<br>Location: 2537 Butte St, Pocatello ID 83201 | **$300.00** |
| | **AR15 Pistol**<br>Location: 2537 Butte St, Pocatello ID 83201 | **$700.00** |

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

| | | |
|---|---|---|
| | **Boy's Clothes**<br>Location: 2537 Butte St, Pocatello ID 83201 | **$150.00** |
| | **Girl's Clothes**<br>Location: 2537 Butte St, Pocatello ID 83201 | **$150.00** |
| | **Husband's Clothes**<br>Location: 2537 Butte St, Pocatello ID 83201 | **$60.00** |
| | **Wife's Clothes**<br>Location: 2537 Butte St, Pocatello ID 83201 | **$100.00** |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes. Describe.....

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **Adrian Val Wadsworth** | | |
|---|---|---|---|
| Debtor 2 | **Jennifer Chandler Wadsworth** | Case number *(if known)* | **16-40020** |

| Wife's Wedding Ring<br>Location: 2537 Butte St, Pocatello ID 83201 | $200.00 |
|---|---|

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses

☐ No
■ Yes. Describe.....

| 2 Dogs<br>Location: 2537 Butte St, Pocatello ID 83201 | $0.00 |
|---|---|
| Chocolate Lab Dog<br>Location: 2537 Butte St, Pocatello ID 83201 | $400.00 |
| Cat<br>Location: 2537 Butte St, Pocatello ID 83201 | $0.00 |

**14. Any other personal and household items you did not already list, including any health aids you did not list**

■ No
☐ Yes.  Give specific information.....

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ..........................................................................

| | $5,295.00 |
|---|---|

| **Part 4:** | **Describe Your Financial Assets** |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | **Current value of the portion you own?**<br>Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

■ No
☐ Yes.................................................................................................

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
■ Yes........................

Institution name:

| 17.1. | **Checking** | **Connections Credit Union in Pocatello, Idaho** | $25.00 |
|---|---|---|---|
| 17.2. | **Savings** | **Connections Credit Union, Pocatello, Idaho** | $5.00 |
| 17.3. | **Flex Spending Benefit Card Account** | **Aflac** | $0.00 |
| 17.4. | **HRA** | **Meritain Health, Veba Service Group, LLC** | $0.00 |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

■ No
☐ Yes..................

Institution or issuer name:

---

| Debtor 1 | **Adrian Val Wadsworth** | | |
|---|---|---|---|
| Debtor 2 | **Jennifer Chandler Wadsworth** | | |
| | | Case number *(if known)* | **16-40020** |

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

■ No

☐ Yes.  Give specific information about them....................
                    Name of entity:                                      % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

■ No

☐ Yes. Give specific information about them
                        Issuer name:

21. **Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No

■ Yes. List each account separately.

| | Type of account: | Institution name: | |
|---|---|---|---|
| | **PERSI 401(K)** | **PERSI**<br>**PO Box 83720**<br>**Boise, ID 83720** | **$532.88** |
| | **PERSI** | **PERSI**<br>**PO Box 83720**<br>**Boise, ID 83720** | **$168,853.52** |

22. **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

■ No

☐ Yes. .....................                 Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

■ No

☐ Yes.............         Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

■ No

☐ Yes.............         Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

■ No

☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

■ No

☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

■ No

☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?**<br>Do not deduct secured claims or exemptions. |
|---|---|

| Debtor 1 | Adrian Val Wadsworth | | |
|---|---|---|---|
| Debtor 2 | Jennifer Chandler Wadsworth | Case number *(if known)* | **16-40020** |

**28. Tax refunds owed to you**

■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

_____

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

■ No
☐ Yes. Give specific information......

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else

■ No
☐ Yes.  Give specific information..

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No
■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **NCPERS Term Life Insurance (policy through employer, $40,000 death benefit)** | **Jennifer Wadsworth** | **$400.00** |
| **NCPERS Term Life Insurance (policy through employer - Wife Rider, $18,000 death benefit)** | **Adrian Wadsworth** | **$180.00** |
| **NCPERS Term Life Insurance (policy through employer - Children Riders, $4,000 death benefit)** | **Adrian and Jennifer Wadsworth** | **$40.00** |
| **Life Map Basic Term Life through employer ($11,000 death benefit)** | **Jennifer Wadsworth** | **$110.00** |
| **Life Map Basic Term Life through employer (wife rider $2,000 death benefit)** | **Adrian Wadsworth** | **$20.00** |
| **Life Map Basic Term Life through employer (children riders $2,000 death benefit)** | **Adrian and Jennifer Wadsworth** | **$20.00** |
| **Life Map AD&D Life Insurance Policy through employer ($11,000 death benefit)** | **Jennifer Wadsworth** | **$110.00** |

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

■ No
☐ Yes.  Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

■ No
☐ Yes.  Describe each claim.........

| Debtor 1 | **Adrian Val Wadsworth** | | |
|---|---|---|---|
| Debtor 2 | **Jennifer Chandler Wadsworth** | Case number *(if known)* | **16-40020** |

**34.  Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

■ No

☐ Yes.  Describe each claim.........

**35.  Any financial assets you did not already list**

■ No

☐ Yes.  Give specific information..

**36.  Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**..................................................................................................................

| | |
|---|---|
| | **$170,296.40** |

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

**37.  Do you own or have any legal or equitable interest in any business-related property?**

■ No. Go to Part 6.

☐ Yes.  Go to line 38.

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

**46.  Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

■ No. Go to Part 7.

☐ Yes.  Go to line 47.

| **Part 7:** | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

**53.  Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

■ No

☐ Yes. Give specific information.........

**54.  Add the dollar value of all of your entries from Part 7. Write that number here**  ....................................

| | |
|---|---|
| | **$0.00** |

| **Part 8:** | List the Totals of Each Part of this Form |
|---|---|

| 55. | **Part 1: Total real estate, line 2**  ........................................................................................ | | **$125,000.00** |
|---|---|---|---|
| 56. | **Part 2: Total vehicles, line 5** | **$29,800.00** | |
| 57. | **Part 3: Total personal and household items, line 15** | **$5,295.00** | |
| 58. | **Part 4: Total financial assets, line 36** | **$170,296.40** | |
| 59. | **Part 5: Total business-related property, line 45** | **$0.00** | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | |
| 61. | **Part 7: Total other property not listed, line 54** | + **$0.00** | |
| 62. | **Total personal property. Add lines 56 through 61**... | **$205,391.40** | Copy personal property total **$205,391.40** |
| 63. | **Total of all property on Schedule A/B. Add line 55 + line 62** | | **$330,391.40** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Adrian Val Wadsworth** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | **Jennifer Chandler Wadsworth** |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number (if known) | **16-40020** |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:   Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **2537 Butte St Pocatello, ID 83201 Bannock County** Line from *Schedule A/B*: **1.1** | $125,000.00 | ■ | $100,000.00 | Idaho Code §§ 55-1001, 55-1002, 55-1003 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **2004 Ford F-250 189,169 miles Location: 2537 Butte St, Pocatello ID 83201** Line from *Schedule A/B*: **3.1** | $12,000.00 | ■ | $50.00 | Idaho Code § 11-605(10) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **1999 Chevrolet Silverado 200,499 miles Location: 2537 Butte St, Pocatello ID 83201** Line from *Schedule A/B*: **3.2** | $5,000.00 | ■ | $7,000.00 | Idaho Code § 11-605(3) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **2003 Jeep Liberty 107,636 miles Location: 2537 Butte St, Pocatello ID 83201** Line from *Schedule A/B*: **3.3** | $4,000.00 | ■ | $7,000.00 | Idaho Code § 11-605(3) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **1996 Kawasaki KLX650 4wheeler All 3 Kawasakis on blanket lien Location: 2537 Butte St, Pocatello ID 83201** Line from *Schedule A/B*: **4.1** | $1,200.00 | ■ | $100.00 | Idaho Code § 11-605(10) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor 1 | **Adrian Val Wadsworth** | | | |
|---|---|---|---|---|
| Debtor 2 | **Jennifer Chandler Wadsworth** | | Case number (if known) | **16-40020** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2002 Kawasaki KLF300**<br>**All 3 Kawasakis on blanket lien**<br>**Location: 2537 Butte St, Pocatello ID 83201**<br>Line from *Schedule A/B*: **4.2** | $900.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(10) |
| **2002 Kawasaki KLX110**<br>**All 3 Kawasakis on Blanket lien**<br>**Location: 2537 Butte St, Pocatello ID 83201**<br>Line from *Schedule A/B*: **4.3** | $700.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(10) |
| **2007 Jayco 1400WC Trailer**<br>**No Awning, Non working heating and air-conditioning unit**<br>**Location: 2537 Butte St, Pocatello ID 83201**<br>Line from *Schedule A/B*: **4.4** | $6,000.00 | ■ $1,285.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(10) |
| **Living Room Couch**<br>**Location: 2537 Butte St, Pocatello ID 83201**<br>Line from *Schedule A/B*: **6.1** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(a) |
| **Living Room Couch**<br>**Location: 2537 Butte St, Pocatello ID 83201**<br>Line from *Schedule A/B*: **6.2** | $15.00 | ■ $15.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(a) |
| **Living Room Desk**<br>**Location: 2537 Butte St, Pocatello ID 83201**<br>Line from *Schedule A/B*: **6.3** | $16.00 | ■ $16.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(a) |
| **Living Room Desk**<br>**Location: 2537 Butte St, Pocatello ID 83201**<br>Line from *Schedule A/B*: **6.4** | $10.00 | ■ $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(a) |
| **Living Room Chair**<br>**Location: 2537 Butte St, Pocatello ID 83201**<br>Line from *Schedule A/B*: **6.5** | $14.00 | ■ $14.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(a) |
| **Living Room Chair**<br>**Location: 2537 Butte St, Pocatello ID 83201**<br>Line from *Schedule A/B*: **6.6** | $3.00 | ■ $3.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(a) |
| **Living Room Lamp**<br>**Location: 2537 Butte St, Pocatello ID 83201**<br>Line from *Schedule A/B*: **6.7** | $5.00 | ■ $5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(a) |
| **Living Room TV**<br>**Location: 2537 Butte St, Pocatello ID 83201**<br>Line from *Schedule A/B*: **6.8** | $50.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(a) |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **Adrian Val Wadsworth** | | |
|---|---|---|---|
| Debtor 2 | **Jennifer Chandler Wadsworth** | Case number (if known) | **16-40020** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Living Room TV**<br>**Location: 2537 Butte St, Pocatello ID 83201**<br>Line from *Schedule A/B*: **6.9** | $100.00 | ■                 $100.00<br>☐  100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Living Room VCR/DVD Player**<br>**Location: 2537 Butte St, Pocatello ID 83201**<br>Line from *Schedule A/B*: **6.10** | $10.00 | ■                 $10.00<br>☐  100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Living Room VCR/DVD Player**<br>**Location: 2537 Butte St, Pocatello ID 83201**<br>Line from *Schedule A/B*: **6.11** | $5.00 | ■                 $5.00<br>☐  100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Living Room Entertainment Center**<br>**Location: 2537 Butte St, Pocatello ID 83201**<br>Line from *Schedule A/B*: **6.12** | $40.00 | ■                 $40.00<br>☐  100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Living Room Entertainment Center**<br>**Location: 2537 Butte St, Pocatello ID 83201**<br>Line from *Schedule A/B*: **6.13** | $10.00 | ■                 $10.00<br>☐  100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Dining Room Table**<br>**Location: 2537 Butte St, Pocatello ID 83201**<br>Line from *Schedule A/B*: **6.14** | $100.00 | ■                 $100.00<br>☐  100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Dining Room Chairs**<br>**Location: 2537 Butte St, Pocatello ID 83201**<br>Line from *Schedule A/B*: **6.15** | $50.00 | ■                 $50.00<br>☐  100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Bed**<br>**Location: 2537 Butte St, Pocatello ID 83201**<br>Line from *Schedule A/B*: **6.16** | $50.00 | ■                 $50.00<br>☐  100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Beds (3)**<br>**Location: 2537 Butte St, Pocatello ID 83201**<br>Line from *Schedule A/B*: **6.17** | $60.00 | ■                 $60.00<br>☐  100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Bedroom Chair**<br>**Location: 2537 Butte St, Pocatello ID 83201**<br>Line from *Schedule A/B*: **6.18** | $10.00 | ■                 $10.00<br>☐  100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Dresser**<br>**Location: 2537 Butte St, Pocatello ID 83201**<br>Line from *Schedule A/B*: **6.19** | $50.00 | ■                 $50.00<br>☐  100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor 1 | **Adrian Val Wadsworth** | | | | |
|---|---|---|---|---|---|
| Debtor 2 | **Jennifer Chandler Wadsworth** | | Case number (if known) | **16-40020** | |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **Dresser**<br>Location: 2537 Butte St, Pocatello ID 83201<br>Line from *Schedule A/B*: **6.20** | $30.00 | ■ | $30.00 | **Idaho Code § 11-605(1)(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Dresser**<br>Location: 2537 Butte St, Pocatello ID 83201<br>Line from *Schedule A/B*: **6.21** | $40.00 | ■ | $40.00 | **Idaho Code § 11-605(1)(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Dresser**<br>Location: 2537 Butte St, Pocatello ID 83201<br>Line from *Schedule A/B*: **6.22** | $10.00 | ■ | $10.00 | **Idaho Code § 11-605(1)(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Chest of Drawers**<br>Location: 2537 Butte St, Pocatello ID 83201<br>Line from *Schedule A/B*: **6.23** | $10.00 | ■ | $10.00 | **Idaho Code § 11-605(1)(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Chest of Drawers**<br>Location: 2537 Butte St, Pocatello ID 83201<br>Line from *Schedule A/B*: **6.24** | $20.00 | ■ | $20.00 | **Idaho Code § 11-605(1)(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Bedroom Desk**<br>Location: 2537 Butte St, Pocatello ID 83201<br>Line from *Schedule A/B*: **6.25** | $10.00 | ■ | $10.00 | **Idaho Code § 11-605(1)(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Bedroom Lamp**<br>Location: 2537 Butte St, Pocatello ID 83201<br>Line from *Schedule A/B*: **6.26** | $5.00 | ■ | $5.00 | **Idaho Code § 11-605(1)(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Bedroom TV**<br>Location: 2537 Butte St, Pocatello ID 83201<br>Line from *Schedule A/B*: **6.27** | $50.00 | ■ | $50.00 | **Idaho Code § 11-605(1)(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Bedroom TVs (2)**<br>Location: 2537 Butte St, Pocatello ID 83201<br>Line from *Schedule A/B*: **6.28** | $120.00 | ■ | $120.00 | **Idaho Code § 11-605(1)(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Bedroom TV**<br>Location: 2537 Butte St, Pocatello ID 83201<br>Line from *Schedule A/B*: **6.29** | $5.00 | ■ | $5.00 | **Idaho Code § 11-605(1)(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Bedroom VCR/DVD Players (2)**<br>Location: 2537 Butte St, Pocatello ID 83201<br>Line from *Schedule A/B*: **6.30** | $20.00 | ■ | $20.00 | **Idaho Code § 11-605(1)(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

| Debtor 1 | **Adrian Val Wadsworth** | | |
|----------|------------------|---|---|
| Debtor 2 | **Jennifer Chandler Wadsworth** | Case number (if known) | **16-40020** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Bedroom VCR/DVD Player**<br>Location: 2537 Butte St, Pocatello ID 83201<br>Line from *Schedule A/B*: **6.31** | $5.00 | ■ $5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Kitchen Table**<br>Location: 2537 Butte St, Pocatello ID 83201<br>Line from *Schedule A/B*: **6.32** | $60.00 | ■ $60.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Kitchen Chairs**<br>Location: 2537 Butte St, Pocatello ID 83201<br>Line from *Schedule A/B*: **6.33** | $20.00 | ■ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Microwave**<br>Location: 2537 Butte St, Pocatello ID 83201<br>Line from *Schedule A/B*: **6.34** | $10.00 | ■ $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Refrigerator**<br>Location: 2537 Butte St, Pocatello ID 83201<br>Line from *Schedule A/B*: **6.35** | $50.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Deep Freezer**<br>Location: 2537 Butte St, Pocatello ID 83201<br>Line from *Schedule A/B*: **6.36** | $50.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Dishwasher**<br>Location: 2537 Butte St, Pocatello ID 83201<br>Line from *Schedule A/B*: **6.37** | $20.00 | ■ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Washing Machine**<br>Location: 2537 Butte St, Pocatello ID 83201<br>Line from *Schedule A/B*: **6.38** | $50.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Dryer**<br>Location: 2537 Butte St, Pocatello ID 83201<br>Line from *Schedule A/B*: **6.39** | $50.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Stove**<br>Location: 2537 Butte St, Pocatello ID 83201<br>Line from *Schedule A/B*: **6.40** | $60.00 | ■ $60.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Dishes**<br>Location: 2537 Butte St, Pocatello ID 83201<br>Line from *Schedule A/B*: **6.41** | $30.00 | ■ $30.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |

| Debtor 1 | Adrian Val Wadsworth | | |
|----------|----------------------|--|--|
| Debtor 2 | Jennifer Chandler Wadsworth | Case number (if known) | **16-40020** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Cookware**<br>**Location: 2537 Butte St, Pocatello ID 83201**<br>Line from *Schedule A/B*: **6.42** | $20.00 | ■ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Miscellaneous Kitchen Items**<br>**Location: 2537 Butte St, Pocatello ID 83201**<br>Line from *Schedule A/B*: **6.43** | $60.00 | ■ $60.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Radio**<br>**Location: 2537 Butte St, Pocatello ID 83201**<br>Line from *Schedule A/B*: **6.44** | $20.00 | ■ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Stereo**<br>**Location: 2537 Butte St, Pocatello ID 83201**<br>Line from *Schedule A/B*: **6.45** | $10.00 | ■ $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Sewing Machine**<br>**Location: 2537 Butte St, Pocatello ID 83201**<br>Line from *Schedule A/B*: **6.46** | $30.00 | ■ $30.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Vacuum Cleaners (2)**<br>**Location: 2537 Butte St, Pocatello ID 83201**<br>Line from *Schedule A/B*: **6.47** | $20.00 | ■ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Vacuum Cleaner**<br>**Location: 2537 Butte St, Pocatello ID 83201**<br>Line from *Schedule A/B*: **6.48** | $5.00 | ■ $5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Iron**<br>**Location: 2537 Butte St, Pocatello ID 83201**<br>Line from *Schedule A/B*: **6.49** | $2.00 | ■ $2.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Camera**<br>**Location: 2537 Butte St, Pocatello ID 83201**<br>Line from *Schedule A/B*: **6.50** | $20.00 | ■ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Camera**<br>**Location: 2537 Butte St, Pocatello ID 83201**<br>Line from *Schedule A/B*: **6.51** | $50.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |
| **Air Conditioner**<br>**Location: 2537 Butte St, Pocatello ID 83201**<br>Line from *Schedule A/B*: **6.52** | $50.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(a)** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **Adrian Val Wadsworth** | | | |
|---|---|---|---|---|
| Debtor 2 | **Jennifer Chandler Wadsworth** | | Case number (if known) | **16-40020** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **Tools**<br>Location: 2537 Butte St, Pocatello ID 83201<br>Line from *Schedule A/B*: **6.53** | $100.00 | ■ | $100.00 | **Idaho Code § 11-605(1)(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Table Saw**<br>Location: 2537 Butte St, Pocatello ID 83201<br>Line from *Schedule A/B*: **6.54** | $50.00 | ■ | $50.00 | **Idaho Code § 11-605(1)(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Hand Sander**<br>Location: 2537 Butte St, Pocatello ID 83201<br>Line from *Schedule A/B*: **6.55** | $50.00 | ■ | $50.00 | **Idaho Code § 11-605(1)(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Lawn Mower**<br>Location: 2537 Butte St, Pocatello ID 83201<br>Line from *Schedule A/B*: **6.56** | $10.00 | ■ | $10.00 | **Idaho Code § 11-605(1)(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Bikes (2)**<br>Location: 2537 Butte St, Pocatello ID 83201<br>Line from *Schedule A/B*: **6.57** | $40.00 | ■ | $40.00 | **Idaho Code § 11-605(1)(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Books**<br>Location: 2537 Butte St, Pocatello ID 83201<br>Line from *Schedule A/B*: **6.58** | $50.00 | ■ | $50.00 | **Idaho Code § 11-605(1)(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **CDs**<br>Location: 2537 Butte St, Pocatello ID 83201<br>Line from *Schedule A/B*: **6.59** | $100.00 | ■ | $100.00 | **Idaho Code § 11-605(1)(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **DVDs**<br>Location: 2537 Butte St, Pocatello ID 83201<br>Line from *Schedule A/B*: **6.60** | $200.00 | ■ | $200.00 | **Idaho Code § 11-605(1)(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Exercise Bike**<br>Location: 2537 Butte St, Pocatello ID 83201<br>Line from *Schedule A/B*: **6.61** | $50.00 | ■ | $50.00 | **Idaho Code § 11-605(1)(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Treadmill**<br>Location: 2537 Butte St, Pocatello ID 83201<br>Line from *Schedule A/B*: **6.62** | $50.00 | ■ | $50.00 | **Idaho Code § 11-605(1)(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Computer**<br>Location: 2537 Butte St, Pocatello ID 83201<br>Line from *Schedule A/B*: **7.1** | $50.00 | ■ | $50.00 | **Idaho Code § 11-605(1)(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

| Debtor 1 | **Adrian Val Wadsworth** |
|---|---|
| Debtor 2 | **Jennifer Chandler Wadsworth** |

Case number (if known)   **16-40020**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Computer**<br>Location: 2537 Butte St, Pocatello ID 83201<br>Line from *Schedule A/B*: **7.2** | $50.00 | ■ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(a) |
| **Daughter's IPhone 5s**<br>Location: 2537 Butte St, Pocatello ID 83201<br>Line from *Schedule A/B*: **7.3** | $10.00 | ■ $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(a) |
| **Son's IPhone 5s**<br>Location: 2537 Butte St, Pocatello ID 83201<br>Line from *Schedule A/B*: **7.4** | $10.00 | ■ $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(a) |
| **IPhone 6s**<br>Location: 2537 Butte St, Pocatello ID 83201<br>Line from *Schedule A/B*: **7.5** | $335.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(a) |
| **Samsung Galaxy S6**<br>Location: 2537 Butte St, Pocatello ID 83201<br>Line from *Schedule A/B*: **7.6** | $185.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(a) |
| **Samsung Galaxy S6**<br>Location: 2537 Butte St, Pocatello ID 83201<br>Line from *Schedule A/B*: **7.7** | $185.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(a) |
| **Smith & Wesson Springfield Pistol**<br>Location: 2537 Butte St, Pocatello ID 83201<br>Line from *Schedule A/B*: **10.1** | $300.00 | ■ $750.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(8) |
| **AR15 Pistol**<br>Location: 2537 Butte St, Pocatello ID 83201<br>Line from *Schedule A/B*: **10.2** | $700.00 | ■ $750.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(8) |
| **Boy's Clothes**<br>Location: 2537 Butte St, Pocatello ID 83201<br>Line from *Schedule A/B*: **11.1** | $150.00 | ■ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(b) |
| **Girl's Clothes**<br>Location: 2537 Butte St, Pocatello ID 83201<br>Line from *Schedule A/B*: **11.2** | $150.00 | ■ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(b) |
| **Husband's Clothes**<br>Location: 2537 Butte St, Pocatello ID 83201<br>Line from *Schedule A/B*: **11.3** | $60.00 | ■ $60.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Idaho Code § 11-605(1)(b) |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor 1 | **Adrian Val Wadsworth** | | | |
|---|---|---|---|---|
| Debtor 2 | **Jennifer Chandler Wadsworth** | | Case number (if known) | **16-40020** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Wife's Clothes**<br>Location: 2537 Butte St, Pocatello ID 83201<br>Line from *Schedule A/B*: **11.4** | **$100.00** | ■ **$100.00**<br>☐ 100% of fair market value, to any applicable statutory limit | **Idaho Code § 11-605(1)(b)** |
| **Wife's Wedding Ring**<br>Location: 2537 Butte St, Pocatello ID 83201<br>Line from *Schedule A/B*: **12.1** | **$200.00** | ■ **$200.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(2)** |
| **2 Dogs**<br>Location: 2537 Butte St, Pocatello ID 83201<br>Line from *Schedule A/B*: **13.1** | **$0.00** | ■ **$100.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(b)** |
| **Chocolate Lab Dog**<br>Location: 2537 Butte St, Pocatello ID 83201<br>Line from *Schedule A/B*: **13.2** | **$400.00** | ■ **$400.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(b)** |
| **Cat**<br>Location: 2537 Butte St, Pocatello ID 83201<br>Line from *Schedule A/B*: **13.3** | **$0.00** | ■ **$50.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(1)(b)** |
| **Checking: Connections Credit Union in Pocatello, Idaho**<br>Line from *Schedule A/B*: **17.1** | **$25.00** | ■ **$18.75**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-207** |
| **Savings: Connections Credit Union, Pocatello, Idaho**<br>Line from *Schedule A/B*: **17.2** | **$5.00** | ■ **$3.75**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-207** |
| **Flex Spending Benefit Card Account: Aflac**<br>Line from *Schedule A/B*: **17.3** | **$0.00** | ■ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-603(5)** |
| **HRA: Meritain Health, Veba Service Group, LLC**<br>Line from *Schedule A/B*: **17.4** | **$0.00** | ■ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-603(5)** |
| **PERSI 401(K): PERSI**<br>PO Box 83720<br>**Boise, ID 83720**<br>Line from *Schedule A/B*: **21.1** | **$532.88** | ■ **$532.88**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-604A** |
| **PERSI 401(K): PERSI**<br>PO Box 83720<br>**Boise, ID 83720**<br>Line from *Schedule A/B*: **21.1** | **$532.88** | ■ **100%**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code §§ 55-1011, 11-604A** |

Debtor 1    **Adrian Val Wadsworth**
Debtor 2    **Jennifer Chandler Wadsworth**

Case number (if known)    **16-40020**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **PERSI 401(K): PERSI**<br>**PO Box 83720**<br>**Boise, ID 83720**<br>Line from *Schedule A/B*: **21.1** | $532.88 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 50-1517** |
| **PERSI: PERSI**<br>**PO Box 83720**<br>**Boise, ID 83720**<br>Line from *Schedule A/B*: **21.2** | $168,853.52 | ■ $168,853.52<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-604A** |
| **PERSI: PERSI**<br>**PO Box 83720**<br>**Boise, ID 83720**<br>Line from *Schedule A/B*: **21.2** | $168,853.52 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code §§ 55-1011, 11-604A** |
| **PERSI: PERSI**<br>**PO Box 83720**<br>**Boise, ID 83720**<br>Line from *Schedule A/B*: **21.2** | $168,853.52 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 50-1517** |
| **NCPERS Term Life Insurance (policy through employer, $40,000 death benefit)**<br>**Beneficiary: Jennifer Wadsworth**<br>Line from *Schedule A/B*: **31.1** | $400.00 | ■ $40,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(9)** |
| **NCPERS Term Life Insurance (policy through employer - Wife Rider, $18,000 death benefit)**<br>**Beneficiary: Adrian Wadsworth**<br>Line from *Schedule A/B*: **31.2** | $180.00 | ■ $18,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(9)** |
| **NCPERS Term Life Insurance (policy through employer - Children Riders, $4,000 death benefit)**<br>**Beneficiary: Adrian and Jennifer Wadsworth**<br>Line from *Schedule A/B*: **31.3** | $40.00 | ■ $4,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(9)** |
| **Life Map Basic Term Life through employer ($11,000 death benefit)**<br>**Beneficiary: Jennifer Wadsworth**<br>Line from *Schedule A/B*: **31.4** | $110.00 | ■ $11,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(9)** |
| **Life Map Basic Term Life through employer (wife rider $2,000 death benefit)**<br>**Beneficiary: Adrian Wadsworth**<br>Line from *Schedule A/B*: **31.5** | $20.00 | ■ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(9)** |
| **Life Map Basic Term Life through employer (children riders $2,000 death benefit)**<br>**Beneficiary: Adrian and Jennifer Wadsworth**<br>Line from *Schedule A/B*: **31.6** | $20.00 | ■ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(9)** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **Adrian Val Wadsworth** | | |
|---|---|---|---|
| Debtor 2 | **Jennifer Chandler Wadsworth** | Case number (if known) | **16-40020** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Life Map AD&D Life Insurance Policy through employer ($11,000 death benefit)**<br>**Beneficiary: Jennifer Wadsworth**<br>Line from *Schedule A/B*: **31.7** | $110.00 | ■  $11,000.00<br><br>☐  100% of fair market value, up to any applicable statutory limit | **Idaho Code § 11-605(9)** |

3. **Are you claiming a homestead exemption of more than $155,675?**
   (Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■  No

   ☐  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐  No

       ☐  Yes

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Adrian Val Wadsworth** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Jennifer Chandler Wadsworth** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number | **16-40020** |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:   List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|
| **2.1** **Auto Image** | Describe the property that secures the claim: | $13,889.78 | $12,000.00 | $1,889.78 |

**2.1** **Auto Image**
Creditor's Name

**Describe the property that secures the claim:**

**2004 Ford F-250 189,169 miles Location: 2537 Butte St, Pocatello ID 83201**

**2042 Garrett Way Pocatello, ID 83201**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **9/16/2015**       Last 4 digits of account number   **8068**

---

**2.2** **Caliber Home Loans, In**
Creditor's Name

**Describe the property that secures the claim:**      $241,177.58      $125,000.00      $116,177.58

**2537 Butte St Pocatello, ID 83201 Bannock County**

**13801 Wireless Way Oklahoma City, OK 73012**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Conventional Real Estate Mortgage**

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

Debtor 1 **Adrian Val Wadsworth**

First Name      Middle Name      Last Name      Case number (if know)   **16-40020**

Debtor 2 **Jennifer Chandler Wadsworth**

First Name      Middle Name      Last Name

| | | | |
|---|---|---|---|
| Date debt was incurred | **Opened 6/01/06** | Last 4 digits of account number | **3587** |

| 2.3 | **Farm Bureau** | Describe the property that secures the claim: | **$4,715.00** | **$6,000.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**2007 Jayco 1400WC Trailer No Awning, Non working heating and air-conditioning unit Location: 2537 Butte St, Pocatello ID 83201**

**Po Box 4848 Pocatello, ID 83205**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Number, Street, City, State & Zip Code

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim relates to a community debt**

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

| | | | |
|---|---|---|---|
| Date debt was incurred | **Opened 10/17/13** | Last 4 digits of account number | **3002** |

| 2.4 | **NW Title Loans** | Describe the property that secures the claim: | **$1,600.00** | **$5,000.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**1999 Chevrolet Silverado 200,499 miles Location: 2537 Butte St, Pocatello ID 83201**

**299 Yellowstone Ave Pocatello, ID 83201**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Number, Street, City, State & Zip Code

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim relates to a community debt**

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

| | | | |
|---|---|---|---|
| Date debt was incurred | **12/21/14** | Last 4 digits of account number | **8292** |

| 2.5 | **Rebuild Financial** | Describe the property that secures the claim: | **$1,684.36** | **$4,000.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**2003 Jeep Liberty 107,636 miles Location: 2537 Butte St, Pocatello ID 83201**

**1875 Hurley Dr. Ste D Pocatello, ID 83202**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Number, Street, City, State & Zip Code

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only

■ An agreement you made (such as mortgage or secured car loan)

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1  **Adrian Val Wadsworth**
First Name        Middle Name          Last Name

Case number (if know)     **16-40020**

Debtor 2  **Jennifer Chandler Wadsworth**
First Name        Middle Name          Last Name

■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim relates to a community debt**

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **5/16/15**     Last 4 digits of account number  **0130**

---

| 2.6 | **T-Mobile** | Describe the property that secures the claim: | $396.76 | $185.00 | $211.76 |
|---|---|---|---|---|---|

Creditor's Name

**Samsung Galaxy S6
Location: 2537 Butte St, Pocatello
ID 83201**

**Bankruptcy Team
POB 53410
Bellevue, WA 98015-3410**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim relates to a community debt**

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **9/24/15**     Last 4 digits of account number  **8246**

---

| 2.7 | **T-Mobile** | Describe the property that secures the claim: | $396.76 | $185.00 | $211.76 |
|---|---|---|---|---|---|

Creditor's Name

**Samsung Galaxy S6
Location: 2537 Butte St, Pocatello
ID 83201**

**Bankruptcy Team
POB 53410
Bellevue, WA 98015-3410**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim relates to a community debt**

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **9/24/15**     Last 4 digits of account number  **8246**

---

| 2.8 | **T-Mobile** | Describe the property that secures the claim: | $405.00 | $335.00 | $70.00 |
|---|---|---|---|---|---|

Creditor's Name

**IPhone 6s
Location: 2537 Butte St, Pocatello
ID 83201**

**Bankruptcy Team
POB 53410
Bellevue, WA 98015-3410**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only

■ An agreement you made (such as mortgage or secured car loan)

---

Official Form 106D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 3 of 5

Debtor 1  **Adrian Val Wadsworth**
First Name        Middle Name        Last Name

Debtor 2  **Jennifer Chandler Wadsworth**
First Name        Middle Name        Last Name

Case number (if know)  **16-40020**

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim relates to a
   community debt

Date debt was incurred  **9/24/15**    Last 4 digits of account number  **8246**

| 2.9 | **The Bureaus Inc.** | | | |
|---|---|---|---|---|
| | Creditor's Name | | | |

Describe the property that secures the claim:  **$4,671.35**    **$1,200.00**    **$3,471.35**

**1996 Kawasaki KLX650 4wheeler
All 3 Kawasakis on blanket lien
Location: 2537 Butte St, Pocatello
ID 83201**

**650 Dundee Rd
Ste 370
Northbrook, IL 60062**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured
   car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred  **9/2014**    Last 4 digits of account number  **4361**

Add the dollar value of your entries in Column A on this page. Write that number here:  **$268,936.59**
If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:  **$268,936.59**

**Part 2:**  **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying
to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one
creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1,
do not fill out or submit this page.

☐ Name Address
**Bureaus Investment Group
Portfolio No 15 LLC
1717 Central St
Evanston, IL 60201**

On which line in Part 1 did you enter the creditor?  **2.9**

Last 4 digits of account number  **7443**

☐ Name Address
**Capital One Bank USA, NA
1680 Capital One Drive #1400
Mc Lean, VA 22102**

On which line in Part 1 did you enter the creditor?  **2.9**

Last 4 digits of account number  **7443**

☐ Name Address
**Lance Olsen, Foreclosure Tst
108 1st Ave South, Ste 202
Seattle, WA 98104**

On which line in Part 1 did you enter the creditor?  **2.2**

Last 4 digits of account number  **3587**

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor 1 | **Adrian Val Wadsworth** | | | Case number (if know) | **16-40020** | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |
| Debtor 2 | **Jennifer Chandler Wadsworth** | | | | | |
| | First Name | Middle Name | Last Name | | | |

Name Address

| **Stoneleigh Recovery Assoc** | **On which line in Part 1 did you enter the creditor?** | **2.9** |
|---|---|---|
| **PO Box 1479** | | |
| **Lombard, IL 60148-8479** | **Last 4 digits of account number** | **8525** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Adrian Val Wadsworth** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Jennifer Chandler Wadsworth** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO | | |
| Case number | 16-40020 | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| 2.1 | **Idaho Secretary of State** | Last 4 digits of account number  **4733** | **$471.00** | **$471.00** | **$0.00** |

Priority Creditor's Name
**700 West Jefferson Street #205**
**Boise, ID 83702**
Number Street City State Zip Code

When was the debt incurred?   **8-12-2014**

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify
**State tax debt**

Debtor 1  **Adrian Val Wadsworth**
Debtor 2  **Jennifer Chandler Wadsworth**

Case number (if know)   **16-40020**

| 2.2 | **Idaho Secretary of State** | Last 4 digits of account number | **2906** | **$1,389.42** | **$1,389.42** | **$0.00** |
|---|---|---|---|---|---|---|

Priority Creditor's Name
**700 West Jefferson Street**
**#205**
**Boise, ID 83702**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **8/13/2013**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
**State tax debt**

---

| 2.3 | **Idaho Secretary of State** | Last 4 digits of account number | **4792** | **$976.00** | **$976.00** | **$0.00** |
|---|---|---|---|---|---|---|

Priority Creditor's Name
**700 West Jefferson Street**
**#205**
**Boise, ID 83702**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **9/8/2009**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
**State tax debt**

---

| 2.4 | **Idaho Secretary of State** | Last 4 digits of account number | **8144** | **$1,062.00** | **$1,062.00** | **$0.00** |
|---|---|---|---|---|---|---|

Priority Creditor's Name
**700 West Jefferson Street**
**#205**
**Boise, ID 83702**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **7/29/2011**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
**State tax debt**

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **Adrian Val Wadsworth**
Debtor 2  **Jennifer Chandler Wadsworth**

Case number (if know)  **16-40020**

---

| 2.5 | **Idaho Secretary of State** | Last 4 digits of account number | 9926 | $741.00 | $741.00 | $0.00 |
|---|---|---|---|---|---|---|

Priority Creditor's Name
**700 West Jefferson Street**
**#205**
**Boise, ID 83702**
Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?  8/7/2012

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
                              **State tax debt**

---

| 2.6 | **Radene Barker, Treasurer** | Last 4 digits of account number | 9400 | $1,389.42 | $1,389.42 | $0.00 |
|---|---|---|---|---|---|---|

Priority Creditor's Name
**Bannock County**
**PO Box 4626**
**Pocatello, ID 83205**
Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?  2013

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
                              **Property Tax Debt**

---

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|---|---|

**3.**  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

**4.**  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

                                                                                                                    **Total claim**

Debtor 1  **Adrian Val Wadsworth**
Debtor 2  **Jennifer Chandler Wadsworth**                                    Case number (if know)  **16-40020**

---

| 4.1 | **1st Financial Bank** | Last 4 digits of account number | **8293** | **$405.97** |

Nonpriority Creditor's Name
**PO Box 1050**
**North Sioux City, SD 57049-1050**
Number Street City State Zlp Code

When was the debt incurred?  **2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Credit card**

---

| 4.2 | **A-1 Collection Agency** | Last 4 digits of account number | **9332** | **$188.00** |

Nonpriority Creditor's Name
**715 Horizon Drive**
**Grand Junction, CO 81506**
Number Street City State Zlp Code

When was the debt incurred?  **Opened  1/01/14**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify  **Collection Attorney Radiology Physn Of Idaho**

---

| 4.3 | **A-1 Collection Agency** | Last 4 digits of account number | | **$70.00** |

Nonpriority Creditor's Name
**715 Horizon Drive**
**Grand Junction, CO 81506**
Number Street City State Zlp Code

When was the debt incurred?  **Opened  2/01/15**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Collection Attorney Radiology Physn Of Idaho**

---

Debtor 1   **Adrian Val Wadsworth**
Debtor 2   **Jennifer Chandler Wadsworth**

Case number (if know)   **16-40020**

| 4.4 | **A-1 Collection Agency** | Last 4 digits of account number | **2X6Y** | $165.00 |

Nonpriority Creditor's Name
**715 Horizon Drive**
**Grand Junction, CO 81506**
Number Street City State Zip Code
**Who incurred the debt? Check one.**

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

When was the debt incurred?   **Opened 12/01/14**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Collection Attorney Radiology Physn Of Idaho**

---

| 4.5 | **Anesthesia Assoc Pocatello** | Last 4 digits of account number | **0351** | $40.82 |

Nonpriority Creditor's Name
**333 N. 18th Ave.**
**Suite A**
**Pocatello, ID 83201-3358**
Number Street City State Zip Code
**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☑ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

When was the debt incurred?   **8/26/11**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Medical debt**

---

| 4.6 | **Axcssfn/cngo** | Last 4 digits of account number | **8805** | Unknown |

Nonpriority Creditor's Name
**7755 Montgomery Rd Ste 4**
**Cincinnati, OH 45236**
Number Street City State Zip Code
**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

When was the debt incurred?   **Opened  7/01/14**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Unsecured - Transferred**

---

Debtor 1    **Adrian Val Wadsworth**
Debtor 2    **Jennifer Chandler Wadsworth**

Case number *(if know)*    **16-40020**

| 4.7 | **Axcssfn/cngo** | Last 4 digits of account number | **4861** | **Unknown** |

Nonpriority Creditor's Name
**7755 Montgomery Rd Ste 4**
**Cincinnati, OH 45236**

When was the debt incurred?    **Opened  7/01/14**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☑ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Unsecured - Transferred**

---

| 4.8 | **Bingham Memorial Hospital** | Last 4 digits of account number | **0001** | **$628.07** |

Nonpriority Creditor's Name
**98 Poplar**
**Blackfoot, ID 83221**

When was the debt incurred?    **3/25/14**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☑ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Medical debt**

---

| 4.9 | **Blackrock Dental** | Last 4 digits of account number | **0731** | **$236.10** |

Nonpriority Creditor's Name
**1606 E Center St**
**Pocatello, ID 83201**

When was the debt incurred?    **7/2814, 7/29/14**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☑ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☑ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Dental debt**

---

Debtor 1  **Adrian Val Wadsworth**
Debtor 2  **Jennifer Chandler Wadsworth**

Case number (if know)  **16-40020**

| 4.10 | **Capital One** | Last 4 digits of account number | **1376** | **Unknown** |

Nonpriority Creditor's Name

**Po Box 30253**
**Salt Lake City, UT 84130**

Number Street City State Zlp Code

When was the debt incurred?  **Opened  6/03/08**

**Who incurred the debt? Check one.**

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Credit Card - Transferred**

---

| 4.11 | **Capital One** | Last 4 digits of account number | **7699** | **Unknown** |

Nonpriority Creditor's Name

**Po Box 30253**
**Salt Lake City, UT 84130**

Number Street City State Zlp Code

When was the debt incurred?  **Opened  9/10/04**

**Who incurred the debt? Check one.**

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Credit Card - Transferred**

---

| 4.12 | **Capital One** | Last 4 digits of account number | **7037** | **Unknown** |

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**Po Box 30285**
**Salt Lake City, UT 84130**

Number Street City State Zlp Code

When was the debt incurred?  **Opened  3/26/07**

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Credit Card - Transferred**

---

Debtor 1    **Adrian Val Wadsworth**
Debtor 2    **Jennifer Chandler Wadsworth**

Case number (if know)    **16-40020**

---

| 4.13 | **Capital One** | Last 4 digits of account number | **9256** | **$1,359.78** |

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**Po Box 30285**
**Salt Lake City, UT 84130**

When was the debt incurred?    **Opened  2/08/09**

Number Street City State Zlp Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Contingent
☐ Unliquidated
☐ Disputed

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

■ **Check if this claim is for a  community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify    **Credit Card - Transferred**

---

| 4.14 | **Capital One** | Last 4 digits of account number | **7639** | **Unknown** |

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**Po Box 30285**
**Salt Lake City, UT 84130**

When was the debt incurred?    **Opened  2/18/05**

Number Street City State Zlp Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

■ **Check if this claim is for a  community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify    **Credit Card - Election of Remedy**

---

| 4.15 | **Capital One** | Last 4 digits of account number | **3278** | **$242.52** |

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**Po Box 30285**
**Salt Lake City, UT 84130**

When was the debt incurred?    **Opened  1/21/00**

Number Street City State Zlp Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

■ **Check if this claim is for a  community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify    **Credit Card - Transferred**

---

Debtor 1   **Adrian Val Wadsworth**
Debtor 2   **Jennifer Chandler Wadsworth**

Case number (if know)   **16-40020**

---

| 4.16 | **Cbp Affiliated Service** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**1246 Yellowstone Ave Ste D1
Pocatello, ID 83201**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **6824**

$2,879.00

When was the debt incurred?   **Opened  5/01/14**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Collection Attorney Culligan Water**

---

| 4.17 | **Cbp Affiliated Service** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**1246 Yellowstone Ave Ste D1
Pocatello, ID 83201**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **7784**

$682.00

When was the debt incurred?   **Opened  8/01/14**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Collection Attorney Bmh Inc**

---

| 4.18 | **CDI Affiliated Services** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**dba CBP Affiliate Services
1246 Yellowstone Ave, Ste D1
Pocatello, ID 83201**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **92OC**

$3,785.14

When was the debt incurred?   **5/19/15**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Law Suit**

---

Debtor 1    **Adrian Val Wadsworth**
Debtor 2    **Jennifer Chandler Wadsworth**                                        Case number (if know)    **16-40020**

| 4.19 | **Centcredserv** | Last 4 digits of account number | **4640** | $461.00 |

Nonpriority Creditor's Name
**Po Box 7230**
**Overland Park, KS 66207**

When was the debt incurred?    **2014**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
■ No
☐ Yes

■ Other. Specify    **11 Centurylink**

| 4.20 | **Chase Bank Usa  N.A.** | Last 4 digits of account number | **2865** | $803.22 |

Nonpriority Creditor's Name
**200 White Clay Center Drive**
**Newark, DE 19711-5466**

When was the debt incurred?    **3/2014**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
■ No
☐ Yes

■ Other. Specify    **Credit card**

| 4.21 | **Chase Card Services** | Last 4 digits of account number | **0072** | $803.00 |

Nonpriority Creditor's Name
**Attn:Bankruptcy Dept**
**Po Box 15298**
**Wilmington, DE 19850**

When was the debt incurred?    **Opened  3/01/01**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**
■ No
☐ Yes

■ Other. Specify    **Credit Card**

Debtor 1  **Adrian Val Wadsworth**
Debtor 2  **Jennifer Chandler Wadsworth**

Case number (if know)  **16-40020**

| 4.22 | **Citifinancial/Onemain** | Last 4 digits of account number | **2520** | Unknown |

Nonpriority Creditor's Name
**Citifinacial Inc.**
**Pob 140489**
**Irving, TX 75063**
Number Street City State Zip Code

When was the debt incurred?   **Opened  8/01/05**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a  community debt

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Unsecured - Account Transferred**

---

| 4.23 | **Citifinancial/Onemain** | Last 4 digits of account number | **3075** | Unknown |

Nonpriority Creditor's Name
**Citifinacial Inc.**
**Pob 140489**
**Irving, TX 75063**
Number Street City State Zip Code

When was the debt incurred?   **Opened  7/15/08**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Unsecured - Account Transferred**

---

| 4.24 | **Citifinancial/Onemain** | Last 4 digits of account number | **5899** | Unknown |

Nonpriority Creditor's Name
**Citifinacial Inc.**
**Pob 140489**
**Irving, TX 75063**
Number Street City State Zip Code

When was the debt incurred?   **Opened  9/24/07**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a  community debt

Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Unsecured - Account Transferred**

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| | |
|---|---|
| Debtor 1 **Adrian Val Wadsworth** | |
| Debtor 2 **Jennifer Chandler Wadsworth** | |
| | Case number (if know) **16-40020** |

---

**4.25**

**Citifinancial/Onemain**
Nonpriority Creditor's Name
**Citifinacial Inc.**
**Pob 140489**
**Irving, TX 75063**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **3131**    **Unknown**

**When was the debt incurred?**    **Opened 11/07/06**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Unsecured - Account Transferred**

---

**4.26**

**Cmre Financial Services Inc**
Nonpriority Creditor's Name
**3075 E Imperial Hwy Ste 200**
**Brea, CA 92821**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **4747**    **$101.00**

**When was the debt incurred?**    **Opened 1/01/10**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Collection Attorney Rocky Mountain Emergency Phyis**

---

**4.27**

**Consumer Portfolio Svc**
Nonpriority Creditor's Name
**Attn:Bankruptcy**
**19500 Jamboree Rd**
**Irvine, CA 92612**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **0929**    **$14,913.00**

**When was the debt incurred?**    **Opened 2/01/15**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Automobile repossessed 2012 Nissan Rogue**

---

Debtor 1  **Adrian Val Wadsworth**
Debtor 2  **Jennifer Chandler Wadsworth**

Case number (if know)  **16-40020**

---

| 4.28 | **Creditors Protection S** | Last 4 digits of account number | **4222** | **$67.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Po Box 4115**
**Rockford, IL 61101**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred?   **Opened  7/01/15**

**As of the date you file, the claim is:** Check that all apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Collection Attorney Physicians Immediate Care Ctr**

---

| 4.29 | **Dept Of Ed/navient** | Last 4 digits of account number | **0811** | **$6,849.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Po Box 9635**
**Wilkes Barre, PA 18773**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred?   **Opened  8/01/06**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify
                                             **Educational**

---

| 4.30 | **Dept Of Ed/navient** | Last 4 digits of account number | **0817** | **$6,498.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Po Box 9635**
**Wilkes Barre, PA 18773**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred?   **Opened  8/01/07**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify
                                             **Educational**

---

Debtor 1    **Adrian Val Wadsworth**
Debtor 2    **Jennifer Chandler Wadsworth**

Case number (if know)    **16-40020**

| 4.31 | **Dept Of Ed/navient** | Last 4 digits of account number | **1231** | $5,459.00 |

Nonpriority Creditor's Name
**Po Box 9635**
**Wilkes Barre, PA 18773**
Number Street City State Zip Code

When was the debt incurred?    **Opened 12/01/04**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Educational**

| 4.32 | **Dept Of Ed/navient** | Last 4 digits of account number | **0812** | $5,372.00 |

Nonpriority Creditor's Name
**Po Box 9635**
**Wilkes Barre, PA 18773**
Number Street City State Zip Code

When was the debt incurred?    **Opened  8/01/05**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Educational**

| 4.33 | **Dept Of Ed/navient** | Last 4 digits of account number | **0817** | $5,102.00 |

Nonpriority Creditor's Name
**Po Box 9635**
**Wilkes Barre, PA 18773**
Number Street City State Zip Code

When was the debt incurred?    **Opened  8/01/07**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Educational**

Debtor 1   **Adrian Val Wadsworth**
Debtor 2   **Jennifer Chandler Wadsworth**

Case number *(if know)*   **16-40020**

---

| 4.34 | **Dept Of Ed/navient** | Last 4 digits of account number   **0815** | $5,029.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**Po Box 9635**
**Wilkes Barre, PA 18773**
Number Street City State Zip Code

When was the debt incurred?   **Opened  8/01/08**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Educational**

---

| 4.35 | **Dept Of Ed/navient** | Last 4 digits of account number   **0815** | $4,992.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**Po Box 9635**
**Wilkes Barre, PA 18773**
Number Street City State Zip Code

When was the debt incurred?   **Opened  8/01/09**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Educational**

---

| 4.36 | **Dept Of Ed/navient** | Last 4 digits of account number   **0811** | $2,976.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**Po Box 9635**
**Wilkes Barre, PA 18773**
Number Street City State Zip Code

When was the debt incurred?   **Opened  8/01/06**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Educational**

---

Debtor 1   **Adrian Val Wadsworth**
Debtor 2   **Jennifer Chandler Wadsworth**

Case number (if know)   **16-40020**

| 4.37 | **Dept Of Ed/navient** | Last 4 digits of account number | **1231** | $2,743.00 |

Nonpriority Creditor's Name
**Po Box 9635**
**Wilkes Barre, PA 18773**
Number Street City State Zip Code

When was the debt incurred?   **Opened 12/01/04**

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Educational**

| 4.38 | **Dept Of Ed/navient** | Last 4 digits of account number | **0812** | $2,743.00 |

Nonpriority Creditor's Name
**Po Box 9635**
**Wilkes Barre, PA 18773**
Number Street City State Zip Code

When was the debt incurred?   **Opened  8/01/05**

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Educational**

| 4.39 | **Dept Of Ed/navient** | Last 4 digits of account number | **0816** | $1,767.00 |

Nonpriority Creditor's Name
**Po Box 9635**
**Wilkes Barre, PA 18773**
Number Street City State Zip Code

When was the debt incurred?   **Opened  8/01/10**

Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Educational**

Debtor 1  **Adrian Val Wadsworth**
Debtor 2  **Jennifer Chandler Wadsworth**

Case number (if know)    **16-40020**

| 4.40 | **Dept Of Ed/navient** | Last 4 digits of account number | **0815** | $9,231.00 |

Nonpriority Creditor's Name
**Po Box 9635**
**Wilkes Barre, PA 18773**
Number Street City State Zip Code

When was the debt incurred?    **Opened  8/01/08**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Educational**

| 4.41 | **Dept Of Ed/navient** | Last 4 digits of account number | **0816** | $8,878.00 |

Nonpriority Creditor's Name
**Po Box 9635**
**Wilkes Barre, PA 18773**
Number Street City State Zip Code

When was the debt incurred?    **Opened  8/01/10**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Educational**

| 4.42 | **Dept Of Ed/navient** | Last 4 digits of account number | **0815** | $8,713.00 |

Nonpriority Creditor's Name
**Po Box 9635**
**Wilkes Barre, PA 18773**
Number Street City State Zip Code

When was the debt incurred?    **Opened  8/01/09**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Educational**

Debtor 1    **Adrian Val Wadsworth**
Debtor 2    **Jennifer Chandler Wadsworth**

Case number *(if know)*    **16-40020**

| | |
|---|---|
| 4.43 | **Deric Ravsten, DO** |

Nonpriority Creditor's Name
**PO Box 4756**
**Pocatello, ID 83205-4756**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **1649**                         **$80.00**

When was the debt incurred?    **2013**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Medical debt**

---

| | |
|---|---|
| 4.44 | **Digis** |

Nonpriority Creditor's Name
**727 E 930 S**
**American Fork, UT 84003**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **2046**                         **$157.53**

When was the debt incurred?    **2014**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Debt obligation**

---

| | |
|---|---|
| 4.45 | **Dish** |

Nonpriority Creditor's Name
**PO Box 94063**
**Palatine, IL 60094-4063**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **3569**                         **$259.21**

When was the debt incurred?    **11/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Television Services**

---

Debtor 1  **Adrian Val Wadsworth**
Debtor 2  **Jennifer Chandler Wadsworth**

Case number (if know)  **16-40020**

---

| 4.46 | **Dr Gregory Anderson** | Last 4 digits of account number | **3886** | $2,874.09 |

Nonpriority Creditor's Name
**1395 N 400 E**
**Logan, UT 84341**
Number Street City State Zip Code

When was the debt incurred?  **2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Medical debt**

---

| 4.47 | **Drive Fin/Santander Consumer** | Last 4 digits of account number | **3633** | $14,863.00 |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**5201 Rufe Snow Dr Ste 400n**
**Richland Hills, TX 76180**
Number Street City State Zip Code

When was the debt incurred?  **Opened  6/01/12**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **2007 Ford F150 Super C Automobile Repossessed**

---

| 4.48 | **Ed Snell Pharmacy** | Last 4 digits of account number | **0352** | $52.65 |

Nonpriority Creditor's Name
**1015 E Young St**
**Pocatello, ID 83201**
Number Street City State Zip Code

When was the debt incurred?  **2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Medical debt**

---

Debtor 1   **Adrian Val Wadsworth**
Debtor 2   **Jennifer Chandler Wadsworth**

Case number (if know)   **16-40020**

| 4.49 | **Express Recovery Svcs** | Last 4 digits of account number | **7139** | $68.00 |

Nonpriority Creditor's Name
**2790 S Decker Lake Dr**
**Salt Lake City, UT 84119**
Number Street City State Zip Code

When was the debt incurred?   **Opened  9/01/14**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Returned Check Fred Meyer**

---

| 4.50 | **First National Bank** | Last 4 digits of account number | **2404** | $535.00 |

Nonpriority Creditor's Name
**Attn: FNN Legal Dept**
**1620 Dodge St Stop Code 3290**
**Omaha, NE 68197**
Number Street City State Zip Code

When was the debt incurred?   **Opened  4/01/15**

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card**

---

| 4.51 | **First National Bank** | Last 4 digits of account number | **9966** | **Unknown** |

Nonpriority Creditor's Name
**Attn: FNN Legal Dept**
**1620 Dodge St Stop Code 3290**
**Omaha, NE 68197**
Number Street City State Zip Code

When was the debt incurred?   **Opened  9/18/09**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Credit Card - Transferred**

---

Debtor 1 **Adrian Val Wadsworth**
Debtor 2 **Jennifer Chandler Wadsworth**

Case number (if know)   **16-40020**

---

| 4.52 | **Fst Coll Srv** | Last 4 digits of account number | **5267** | **$228.00** |

Nonpriority Creditor's Name
**10925 Otter Creek E Blvd**
**Mabelvale, AR 72103**
Number Street City State Zip Code

When was the debt incurred?   **Opened  5/01/15**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Collection Attorney Cable One  Inc**

---

| 4.53 | **Ginnys/Swiss Colony Inc** | Last 4 digits of account number | **257O** | **$35.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**1112 7th Ave**
**Monroe, WI 53566**
Number Street City State Zip Code

When was the debt incurred?   **Opened  2/01/03**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Charge Account**

---

| 4.54 | **Hand & Upper Extremity Ctr** | Last 4 digits of account number | **8548** | **$102.88** |

Nonpriority Creditor's Name
**560 Memorial Drive**
**Suite B**
**Pocatello, ID 83201-4621**
Number Street City State Zip Code

When was the debt incurred?   **12/11/13**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical debt**

---

Debtor 1  **Adrian Val Wadsworth**
Debtor 2  **Jennifer Chandler Wadsworth**

Case number (if know)  **16-40020**

---

| 4.55 | **HFC/Beneficial Mtg Services** | Last 4 digits of account number | **0057** | **Unknown** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**961 Weigel Dr**
**Elmhurst, IL 60126**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **Opened  6/01/06**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Real Estate Mortgage Purchased by Another Lender**

---

| 4.56 | **Hsbc Kawasaki** | Last 4 digits of account number | **7443** | **Unknown** |

Nonpriority Creditor's Name
**Attention: Bankruptcy**
**Po Box 5216**
**Carol Stream, IL 60197**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **Opened  2/14/02**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Charge Account - Transferred**

---

| 4.57 | **Idaho Orthopaedic & Sports** | Last 4 digits of account number | **5501** | **$236.08** |

Nonpriority Creditor's Name
**560 Memorial Drive**
**Pocatello, ID 83201**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**    **5/13/15**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Medical debt**

---

Debtor 1    **Adrian Val Wadsworth**
Debtor 2    **Jennifer Chandler Wadsworth**

Case number (if know)    **16-40020**

---

| 4.58 | **Idaho Skin Institute** | Last 4 digits of account number | **4788** | $33.98 |

Nonpriority Creditor's Name

**147 West Chubbuck Road**
**Pocatello, ID 83202**

Number Street City State Zip Code

When was the debt incurred?    **2014**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Medical debt**

---

| 4.59 | **Intermnt Credit Servic** | Last 4 digits of account number | **9581** | $542.85 |

Nonpriority Creditor's Name

**10624 W Executive Dr**
**Boise, ID 83713**

Number Street City State Zip Code

When was the debt incurred?    **Opened  7/01/13**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Collection Attorney R.C.Willey Corp**

---

| 4.60 | **Intermountain Healthcare** | Last 4 digits of account number | **9921** | $2,082.00 |

Nonpriority Creditor's Name

**POB 27128**
**Salt Lake City, UT 84127-0128**

Number Street City State Zip Code

When was the debt incurred?    **9/4/15**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Medical debt**

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **Adrian Val Wadsworth**
Debtor 2  **Jennifer Chandler Wadsworth**

Case number *(if know)*   **16-40020**

---

| 4.61 | **Lab Corpof America Holdings** | Last 4 digits of account number | **7703** | $27.47 |

Nonpriority Creditor's Name
**POB 2240**
**Burlington, NC 27216-2240**
Number Street City State Zip Code

When was the debt incurred?    **2014**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical debt**

---

| 4.62 | **Liberty Mutual** | Last 4 digits of account number | **7098** | $2,288.90 |

Nonpriority Creditor's Name
**4922 Yellowstone Ave Ste 1**
**Pocatello, ID 83202**
Number Street City State Zip Code

When was the debt incurred?    **2013**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Insurance**

---

| 4.63 | **Life Change Associates** | Last 4 digits of account number | **3889** | $60.00 |

Nonpriority Creditor's Name
**1777 East Clark**
**Ste 210**
**Pocatello, ID 83201-3557**
Number Street City State Zip Code

When was the debt incurred?    **10/5/12, 10/22/12, 10/29/12**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical debt**

---

Debtor 1  **Adrian Val Wadsworth**
Debtor 2  **Jennifer Chandler Wadsworth**

Case number (if know)    **16-40020**

---

| 4.64 | **Logan Radiology Group** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**POB 1108**
**Bountiful, UT 84011-1108**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **8044**                    **$37.96**

When was the debt incurred?    **8/16/13**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Medical debt**

---

| 4.65 | **May Rammell & Thompson** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**216 West Whitman Street**
**Pocatello, ID 83204**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **000Q**                    **$5,226.72**

When was the debt incurred?    **11/30/2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Attorney Fees**

---

| 4.66 | **Medical Data Systems I** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**2001 9th Ave Ste 312**
**Vero Beach, FL 32960**

Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **0001**                    **$1,117.00**

When was the debt incurred?    **Opened  9/01/14**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Collection Attorney Lhp Portneuf Medical Center**

---

Debtor 1  **Adrian Val Wadsworth**
Debtor 2  **Jennifer Chandler Wadsworth**

Case number (if know)  **16-40020**

---

| 4.67 | **Medical Data Systems I** | Last 4 digits of account number | **0001** | **$178.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**2001 9th Ave Ste 312**
**Vero Beach, FL 32960**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**  **Opened  5/01/15**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Collection Attorney Lhp Portneuf Medical Center**

---

| 4.68 | **Medical Data Systems I** | Last 4 digits of account number | **0001** | **$90.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**2001 9th Ave Ste 312**
**Vero Beach, FL 32960**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**  **Opened  9/01/14**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  **Collection Attorney Lhp Portneuf Medical Center**

---

| 4.69 | **Medical Data Systems I** | Last 4 digits of account number | **0001** | **$61.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**2001 9th Ave Ste 312**
**Vero Beach, FL 32960**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☒ No
- ☐ Yes

**When was the debt incurred?**  **Opened  3/01/15**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  **Collection Attorney Lhp Portneuf Medical Center**

---

Debtor 1  **Adrian Val Wadsworth**
Debtor 2  **Jennifer Chandler Wadsworth**

Case number (if know)   **16-40020**

---

| 4.70 | **Medical Imaging Associates** | Last 4 digits of account number **4201** | $65.97 |

Nonpriority Creditor's Name
**POB 2671**
**Idaho Falls, ID 83403-2671**
Number Street City State Zlp Code

When was the debt incurred?   **2015**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical debt**

---

| 4.71 | **Midland Funding** | Last 4 digits of account number **4913** | $731.01 |

Nonpriority Creditor's Name
**2365 Northside Dr Ste 30**
**San Diego, CA 92108**
Number Street City State Zlp Code

When was the debt incurred?   **Opened 10/01/13**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Factoring Company Account Webbank**

---

| 4.72 | **Midland Funding** | Last 4 digits of account number **9966** | $984.60 |

Nonpriority Creditor's Name
**2365 Northside Dr Ste 30**
**San Diego, CA 92108**
Number Street City State Zlp Code

When was the debt incurred?   **Opened 11/01/13**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Factoring Company Account Credit One Bank  N.A.**

---

Debtor 1  **Adrian Val Wadsworth**
Debtor 2  **Jennifer Chandler Wadsworth**

Case number (if know)   **16-40020**

| | | | |
|---|---|---|---|
| 4.73 | **Moneytree Inc.** | Last 4 digits of account number    **29AM** | $1,185.00 |

Nonpriority Creditor's Name
**690 West Quinn, Ste C&D**
**Pocatello, ID 83202**
Number Street City State Zip Code

When was the debt incurred?   **2014**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Unliquidated

☐ Disputed

■ Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Student loans

■ **Check if this claim is for a  community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify   **Pay Day Loans**

☐ Yes

---

| | | | |
|---|---|---|---|
| 4.74 | **Mountainview Family Medicine** | Last 4 digits of account number    **3623** | $20.00 |

Nonpriority Creditor's Name
**2006 Birdie Thomopson Dr**
**Pocatello, ID 83201-2768**
Number Street City State Zip Code

When was the debt incurred?   **10/13/15**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Unliquidated

☐ Disputed

■ Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Student loans

■ **Check if this claim is for a  community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify   **Medical debt**

☐ Yes

---

| | | | |
|---|---|---|---|
| 4.75 | **National Credit Adjusters** | Last 4 digits of account number    **5860** | $2,087.53 |

Nonpriority Creditor's Name
**PO Box 3023**
**Hutchinson, KS 67504-3023**
Number Street City State Zip Code

When was the debt incurred?   **2014**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Unliquidated

☐ Disputed

■ Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Student loans

■ **Check if this claim is for a  community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify   **Debt obligation**

☐ Yes

Debtor 1  **Adrian Val Wadsworth**
Debtor 2  **Jennifer Chandler Wadsworth**

Case number (if know)  **16-40020**

---

| 4.76 | **OrthoBanc** | Last 4 digits of account number | **orth** | $2,580.00 |

Nonpriority Creditor's Name
**2835 Northpoint Blvd**
**Hixson, TN 37343**
Number Street City State Zlp Code

When was the debt incurred?  **2014**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Orthodontics**

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 4.77 | **Outsource Receivables Mngmnt** | Last 4 digits of account number | **9829** | $33.00 |

Nonpriority Creditor's Name
**372 24th St Ste 300**
**Ogden, UT 84401**
Number Street City State Zlp Code

When was the debt incurred?  **Opened  5/01/15**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Collection Attorney Idaho Skin Institute**

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 4.78 | **Outsource Receivables Mngmnt** | Last 4 digits of account number | **7432** | $28.00 |

Nonpriority Creditor's Name
**372 24th St Ste 300**
**Ogden, UT 84401**
Number Street City State Zlp Code

When was the debt incurred?  **Opened 12/01/10**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Collection Attorney 4 Peaks Clinic / Urgent Care**

**Is the claim subject to offset?**

■ No
☐ Yes

---

Debtor 1   **Adrian Val Wadsworth**
Debtor 2   **Jennifer Chandler Wadsworth**

Case number (if know)   **16-40020**

---

| 4.79 | **Outsource Receivables Mngmnt** | Last 4 digits of account number | **9679** | $228.00 |

Nonpriority Creditor's Name
**372 24th St Ste 300**
**Ogden, UT 84401**
Number Street City State Zip Code

When was the debt incurred?   **Opened  6/01/15**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Collection Attorney Pocatello Childrens Clinic**

---

| 4.80 | **Outsource Receivables Mngmnt** | Last 4 digits of account number | **6223** | $203.00 |

Nonpriority Creditor's Name
**372 24th St Ste 300**
**Ogden, UT 84401**
Number Street City State Zip Code

When was the debt incurred?   **Opened  4/01/15**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Collection Attorney Pocatello Childrens Clinic**

---

| 4.81 | **Outsource Receivables Mngmnt** | Last 4 digits of account number | **9680** | $181.00 |

Nonpriority Creditor's Name
**372 24th St Ste 300**
**Ogden, UT 84401**
Number Street City State Zip Code

When was the debt incurred?   **Opened  6/01/15**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Collection Attorney Pocatello Childrens Clinic**

---

Debtor 1   **Adrian Val Wadsworth**
Debtor 2   **Jennifer Chandler Wadsworth**

Case number (if know)   **16-40020**

---

| 4.82 | **Outsource Receivables Mngmnt** | Last 4 digits of account number | **6223** | **$143.00** |

Nonpriority Creditor's Name
**372 24th St Ste 300**
**Ogden, UT 84401**
Number Street City State Zip Code

When was the debt incurred?   **Opened  4/01/14**

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Collection Attorney Idaho Orthopaedic Sport Cli**

---

| 4.83 | **Outsource Receivables Mngmnt** | Last 4 digits of account number | **9681** | **$132.00** |

Nonpriority Creditor's Name
**372 24th St Ste 300**
**Ogden, UT 84401**
Number Street City State Zip Code

When was the debt incurred?   **Opened  6/01/15**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Collection Attorney Pocatello Childrens Clinic**

---

| 4.84 | **Outsource Receivables Mngmnt** | Last 4 digits of account number | **4214** | **$25.00** |

Nonpriority Creditor's Name
**372 24th St Ste 300**
**Ogden, UT 84401**
Number Street City State Zip Code

When was the debt incurred?   **Opened  8/01/09**

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Collection Attorney Intermountain Medical Clinic**

---

Debtor 1  **Adrian Val Wadsworth**
Debtor 2  **Jennifer Chandler Wadsworth**

Case number (if know)    **16-40020**

| | | |
|---|---|---|
| 4.85 | **Physician Immediate Care Ctr** | |

Nonpriority Creditor's Name

**POB 2462**
**Loves Park, IL 61132-2462**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **9617**                                    $221.30

When was the debt incurred?    **5/31/15 6/9/15 6/15/15 6/29/15**
**9/19/14 7/7/15**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Medical debt**

---

| | | |
|---|---|---|
| 4.86 | **Physicians Immediate Care Cn** | |

Nonpriority Creditor's Name
**POB 2462**
**Loves Park, IL 61132-2462**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **9530**                                    $153.49

When was the debt incurred?    **7/17/15, 5/31/15 - 7/27/15**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Medical Care**

---

| | | |
|---|---|---|
| 4.87 | **Physicians Mental Health Ser** | |

Nonpriority Creditor's Name
**1110 Call Creek Dr Ste 7**
**Pocatello, ID 83201-3072**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    **A000**                                    $80.00

When was the debt incurred?    **12/17/14**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Medical debt**

---

Debtor 1   **Adrian Val Wadsworth**
Debtor 2   **Jennifer Chandler Wadsworth**

Case number (if know)   **16-40020**

| 4.88 | **Pocatello Orthopaedics** | Last 4 digits of account number   **5313** | $87.14 |
|---|---|---|---|

Nonpriority Creditor's Name
**333 North 18th Avenue**
**Suite D-1**
**Pocatello, ID 83201**
Number Street City State Zip Code

When was the debt incurred?   **7/7/15, 7/21/15**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical debt**

---

| 4.89 | **Pocatello Orthopaedics** | Last 4 digits of account number   _____ | $1,130.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**333 N 18th Ave. Ste D1**
**Pocatello, ID 83201-3358**
Number Street City State Zip Code

When was the debt incurred?   **12/2/15**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical Care**

---

| 4.90 | **Pocatello Women's Health** | Last 4 digits of account number   **2355** | $617.53 |
|---|---|---|---|

Nonpriority Creditor's Name
**777 Hospital Way #300**
**Pocatello, ID 83201**
Number Street City State Zip Code

When was the debt incurred?   **10/15/14, 4/2/15, 5/7/15**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical debt**

Debtor 1  **Adrian Val Wadsworth**
Debtor 2  **Jennifer Chandler Wadsworth**

Case number (if know)   **16-40020**

---

| 4.91 | **Portfolio Recovery** | Last 4 digits of account number | **7037** | $979.00 |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 41067**
**Norfolk, VA 23541**
Number Street City State Zip Code

When was the debt incurred?   **Opened 10/01/14**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Factoring Company Account Hsbc Bank Nevada N.A.**

---

| 4.92 | **Portfolio Recovery** | Last 4 digits of account number | **3278** | $243.00 |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 41067**
**Norfolk, VA 23541**
Number Street City State Zip Code

When was the debt incurred?   **Opened 11/01/14**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Factoring Company Account Capital One Bank Usa  N.A.**

---

| 4.93 | **Portfolio Recovery** | Last 4 digits of account number | **7699** | Unknown |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 41067**
**Norfolk, VA 23541**
Number Street City State Zip Code

When was the debt incurred?   **Opened  5/01/13**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Factoring Company Account Hsbc Bank Nevada  N.A. - Election of Remedy**

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

Debtor 1  **Adrian Val Wadsworth**
Debtor 2  **Jennifer Chandler Wadsworth**

Case number (if know)  **16-40020**

---

| 4.94 | **Portfolio Recovery** | Last 4 digits of account number | **9256** | **$1,360.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 41067**
**Norfolk, VA 23541**
Number Street City State ZIp Code

When was the debt incurred?    **Opened  9/01/14**

**Who incurred the debt? Check one.**

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
☒ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Factoring Company Account Capital One Bank  Usa  N.A.**

---

| 4.95 | **Portfolio Recovery** | Last 4 digits of account number | **8758** | **Unknown** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 41067**
**Norfolk, VA 23541**
Number Street City State ZIp Code

When was the debt incurred?    **Opened  3/01/13**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
☒ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Factoring Company Account Ge Capital Retail Bank - Election of Remedy**

---

| 4.96 | **Portfolio Recovery** | Last 4 digits of account number | **1376** | **$394.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 41067**
**Norfolk, VA 23541**
Number Street City State ZIp Code

When was the debt incurred?    **Opened  7/01/13**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☒ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
☒ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Factoring Company Account Hsbc Bank Nevada  N.A.**

---

Debtor 1    **Adrian Val Wadsworth**
Debtor 2    **Jennifer Chandler Wadsworth**

Case number *(if know)*    **16-40020**

---

| 4.97 | **Portneuf Medical Center** | Last 4 digits of account number | **6643** | **$1,440.33** |

Nonpriority Creditor's Name
**Attn: Patient Accounts**
**777 Hospital Way**
**Pocatello, ID 83201**

When was the debt incurred?    **8/13/15 8/23/13 - 8/31/13 10/13/15**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Medical debt**

---

| 4.98 | **Rc Willey Home Furnishings** | Last 4 digits of account number | **6711** | **$488.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 65320**
**Salt Lake City, UT 84165**

When was the debt incurred?    **Opened  1/01/92**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Charge Account**

---

| 4.99 | **Real Time Resolutions** | Last 4 digits of account number | **5736** | **$3,851.00** |

Nonpriority Creditor's Name
**1349 Empire Central Dr S**
**Dallas, TX 75247**

When was the debt incurred?    **Opened  3/01/15**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Collection Attorney Check  N Go**

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Adrian Val Wadsworth** | | |
|---|---|---|---|
| Debtor 2 | **Jennifer Chandler Wadsworth** | Case number (if know) | **16-40020** |

---

| 4.10 0 | **Real Time Resolutions** | Last 4 digits of account number | **6100** | **$3,295.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**1349 Empire Central Dr S**
**Dallas, TX 75247**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **Opened  3/01/15**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Collection Attorney Check  N Go**

---

| 4.10 1 | **Rise** | Last 4 digits of account number | **9333** | **$1,800.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**4150 International**
**Fort Worth, TX 76109**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **Opened  8/26/14**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Unsecured - Transferred**

---

| 4.10 2 | **Rise Broadband** | Last 4 digits of account number | **2046** | **$158.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 2837**
**Omaha, NE 68103-2837**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **2013**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Debt obligation**

---

Debtor 1  **Adrian Val Wadsworth**
Debtor 2  **Jennifer Chandler Wadsworth**

Case number *(if know)*  **16-40020**

---

| 4.10 3 | **Rocky Mountain Dermatology** | Last 4 digits of account number | **2249** | **$248.05** |

Nonpriority Creditor's Name
**550 E 1400 N Ste Q**
**Logan, UT 84341-2450**

When was the debt incurred?  **10/2/13**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Disputed

■ Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Student loans

■ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify  **Medical debt**

☐ Yes

---

| 4.10 4 | **Rocky Mountain Surgery Cente** | Last 4 digits of account number | | **$1,022.68** |

Nonpriority Creditor's Name
**333 N 18th Ave**
**Pocatello, ID 83201**

When was the debt incurred?  **12/2/15**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Disputed

■ Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Student loans

■ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify  **Medical Care**

☐ Yes

---

| 4.10 5 | **SEI Anesthesia** | Last 4 digits of account number | **5063** | **$664.00** |

Nonpriority Creditor's Name
**333 N 18th Ave # A**
**Pocatello, ID 83201**

When was the debt incurred?  **12/2/15**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Disputed

■ Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Student loans

■ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify  **Medical Care**

☐ Yes

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **Adrian Val Wadsworth**
Debtor 2  **Jennifer Chandler Wadsworth**

Case number (if know)    **16-40020**

---

| 4.10 6 | **Speed Connect** | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name
**1665 N Woodruff**
**Idaho Falls, ID 83402**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred?    **2015**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Internet Services**

---

| 4.10 7 | **Sunrise Credit Services, Inc** | Last 4 digits of account number | **4966** | **$40.41** |

Nonpriority Creditor's Name
**PO Box 9100**
**Farmingdale, NY 11735-9100**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred?    **2013**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Debt obligation - Publishers Clearing House**

---

| 4.10 8 | **Synchrony Bank/Care Credit** | Last 4 digits of account number | **8758** | **Unknown** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 103104**
**Roswell, GA 30076**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred?    **Opened  3/13/07**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Charge Account - Transferred**

---

Debtor 1   **Adrian Val Wadsworth**
Debtor 2   **Jennifer Chandler Wadsworth**

Case number (if know)   **16-40020**

---

| 4.109 | **Temp R Patterson MD PA** | Last 4 digits of account number | **7800** | **$20.00** |

Nonpriority Creditor's Name
**1338 Hiland Ave Ste C**
**Burley, ID 83318**

When was the debt incurred?   **10/17/13**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Debtor 1 only
☐ Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Student loans

■ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify   **Medical debt**

---

| 4.110 | **The CBE Group Inc.** | Last 4 digits of account number | **5731** | **$426.81** |

Nonpriority Creditor's Name
**Payment Processing Center**
**POB 4060**
**Waterloo, IA 50704-4060**

When was the debt incurred?   **2014**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Debtor 1 only
☐ Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Student loans

■ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify   **Medical debt**

---

| 4.111 | **US Bank Corporation** | Last 4 digits of account number | **6019** | **$584.36** |

Nonpriority Creditor's Name
**Main Office**
**POB 5220**
**Cincinnati, OH 45201**

When was the debt incurred?   **11/18/2014**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Debtor 1 only
☐ Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Student loans

■ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify   **Debt obligation**

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor 1   **Adrian Val Wadsworth**
Debtor 2   **Jennifer Chandler Wadsworth**

Case number (if know)   **16-40020**

| 4.11 2 | **Valley Foot and Ankle PC** | Last 4 digits of account number | **4708** | $44.12 |

Nonpriority Creditor's Name
**1155 Pocatello Creek Rd**
**Pocatello, ID 83201-2949**

When was the debt incurred?   **2/4/14**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Contingent
☐ Unliquidated
☐ Disputed

■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

■ Check if this claim is for a  community debt

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Medical debt**

---

| 4.11 3 | **Verizon** | Last 4 digits of account number | **0001** | $4,069.82 |

Nonpriority Creditor's Name
**455 Duke Drive**
**Franklin, TN 37067**

When was the debt incurred?   **8/2015**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Contingent
☐ Unliquidated
☐ Disputed

■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

■ Check if this claim is for a  community debt

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Telecommunication/cellular**

---

| 4.11 4 | **W Kurt Birkenhagen, MD** | Last 4 digits of account number | **4097** | $226.37 |

Nonpriority Creditor's Name
**PO Box 4773**
**Pocatello, ID 83205**

When was the debt incurred?   **8/6/12**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Contingent
☐ Unliquidated
☐ Disputed

■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

■ Check if this claim is for a  community debt

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Medical debt**

---

| Debtor 1 | **Adrian Val Wadsworth** | | |
|---|---|---|---|
| Debtor 2 | **Jennifer Chandler Wadsworth** | Case number (if know) | **16-40020** |

| 4.11 5 | **Webbank/fingerhut** | Last 4 digits of account number | **7374** | **$517.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**6250 Ridgewood Rd**
**Saint Cloud, MN 56303**
Number Street City State Zlp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**     **Opened 12/01/12**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Charge Account**

---

**Part 3:**   **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**Afni, Inc.**
**1310 MLK Drive**
**POB 3517**
**Bloomington, IL 61702-3517**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.19** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     **5501**

---

Name and Address
**Bingham Memorial Hospital**
**98 Poplar**
**Blackfoot, ID 83221**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.17** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     **7784**

---

Name and Address
**Bonneville Billing & Collect**
**PO Box 150621**
**Ogden, UT 84415-0621**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.70** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     **3943**

---

Name and Address
**Cable One**
**PO Box 78407**
**Phoenix, AZ 85062-8407**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.52** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     **4010**

---

Name and Address
**Capital Management Svcs LP**
**698 1/2 South Ogden Street**
**Buffalo, NY 14206-2317**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.111** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     **6019**

---

Name and Address
**Capital One, N.A.**
**POB 30285**
**Salt Lake City, UT 84130**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.91** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     **9256**

---

Name and Address
**Central Financial Control**
**POB 66044**
**Anaheim, CA 92816-6044**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.66** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number     **0001**

---

Debtor 1  **Adrian Val Wadsworth**
Debtor 2  **Jennifer Chandler Wadsworth**

Case number (if know)   **16-40020**

| Name and Address | | |
|---|---|---|
| **Century Link**<br>**930 West Cedar Street**<br>**Pocatello, ID 83201** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.19** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **8270** |

| Name and Address | | |
|---|---|---|
| **Check N Go**<br>**Collections Department**<br>**4540 Cooper Rd, Ste 305**<br>**Cincinnati, OH 45242-5649** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.99** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **5736** |

| Name and Address | | |
|---|---|---|
| **Civil Division**<br>**Bannock County Sheriff**<br>**POB 4666**<br>**Pocatello, ID 83205** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.72** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **31OC** |

| Name and Address | | |
|---|---|---|
| **Civil Division**<br>**Bannock County Sheriff**<br>**POB 4666**<br>**Pocatello, ID 83205** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.18** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **92OC** |

| Name and Address | | |
|---|---|---|
| **Credit Collection Services**<br>**Two Wells Ave.**<br>**Newton Center, MA 02459** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.62** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **1013** |

| Name and Address | | |
|---|---|---|
| **Credit Management**<br>**PO Box 118288**<br>**Carrollton, TX 75011-8288** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.52** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **3277** |

| Name and Address | | |
|---|---|---|
| **Credit Management Lp**<br>**PO Box 118288**<br>**Carrollton, TX 75007** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.44** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **3451** |

| Name and Address | | |
|---|---|---|
| **Credt One Bank NA**<br>**PO Box 60500**<br>**City of Industry, CA 91716-0500** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.71** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **2404** |

| Name and Address | | |
|---|---|---|
| **Culligan Water**<br>**608 N 5th Ave**<br>**Pocatello, ID 83201** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.16** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **6824** |

| Name and Address | | |
|---|---|---|
| **Daines & Jenkins LLP**<br>**PO Box 4674**<br>**Logan, UT 84323** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.46** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **039L** |

| Name and Address | | |
|---|---|---|
| **Daniel J Flanagan MD**<br>**4403 Harrison Blvd** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.110** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Debtor 1  **Adrian Val Wadsworth**
Debtor 2  **Jennifer Chandler Wadsworth**

Case number (if know)  **16-40020**

**Ogden, UT 84403**

| | |
|---|---|
| | Last 4 digits of account number |
| | **6506** |

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Fred Meyer Stores, Inc.** | Line **4.49** of (Check one): |
| **800 Yellowstone Ave.** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Pocatello, ID 83201** | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number    **7139** |

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Ge Capital Retail Bank** | Line **4.96** of (Check one): |
| **950 Forrer Blvd** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Kettering, OH 45420** | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number    **8758** |

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Hsbc Bank Nevada  N.A.** | Line **4.93** of (Check one): |
| **1111 N Town Center Dr** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Las Vegas, NV 89144** | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number    **1376** |

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Hsbc Bank Nevada  N.A.** | Line **4.95** of (Check one): |
| **1111 N Town Center Dr** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Las Vegas, NV 89144** | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number    **7699** |

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Hsbc Bank Nevada, N.A.** | Line **4.92** of (Check one): |
| **Orchard Bank** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **PO Box 60501** | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| **City of Industry, CA 91716-0501** | |
| | Last 4 digits of account number    **7037** |

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Jeffrey S Keyser MD** | Line **4.110** of (Check one): |
| **1350 N 500** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Logan, UT 84341** | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number    **6556** |

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Johnson Mark LLC** | Line **4.91** of (Check one): |
| **POB 7811** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Sandy, UT 84091** | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number    **8689** |

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Johnson Mark LLC** | Line **4.13** of (Check one): |
| **POB 7811** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Sandy, UT 84091** | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number    **8689** |

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Kim Loveland** | Line **4.16** of (Check one): |
| **Law Office** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **POB 4517** | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Pocatello, ID 83205** | |
| | Last 4 digits of account number    **6824** |

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Kim Loveland** | Line **4.18** of (Check one): |
| **Law Office** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **POB 4517** | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Pocatello, ID 83205** | |
| | Last 4 digits of account number    **92OC** |

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |

Debtor 1    **Adrian Val Wadsworth**
Debtor 2    **Jennifer Chandler Wadsworth**

Case number (if know)    **16-40020**

| | | |
|---|---|---|
| **LHP Pocatello, LLC**<br>**aka Portneuf Medical Center**<br>**777 Hospital Way**<br>**Pocatello, ID 83201** | Line **4.66** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | 5972 |

| | | |
|---|---|---|
| Name and Address<br>**Medical Recovery Services**<br>**POB 51178**<br>**430 Shoup Ave**<br>**Idaho Falls, ID 83405** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.54** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | 3269 |

| | | |
|---|---|---|
| Name and Address<br>**Medical Revenue Services**<br>**POB 1149**<br>**Sebring, FL 33871-1149** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.68** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | 0001 |

| | | |
|---|---|---|
| Name and Address<br>**Midland Credit Management**<br>**8875 Aero Dr. Ste. 200**<br>**San Diego, CA 92123-2255** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.115** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | 2385 |

| | | |
|---|---|---|
| Name and Address<br>**MRS Associates of NJ**<br>**1930 Onley Ave.**<br>**Cherry Hill, NJ 08003** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.10** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | 6891 |

| | | |
|---|---|---|
| Name and Address<br>**National Credit Adjusters**<br>**PO Box 3023**<br>**Hutchinson, KS 67504-3023** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.101** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | 5860 |

| | | |
|---|---|---|
| Name and Address<br>**Northland Group Inc.**<br>**POB 390846**<br>**Minneapolis, MN 55439** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.13** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | 8979 |

| | | |
|---|---|---|
| Name and Address<br>**Northland Group Inc.**<br>**POB 390846**<br>**Minneapolis, MN 55439** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.15** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | 6143 |

| | | |
|---|---|---|
| Name and Address<br>**Northland Group Inc.**<br>**POB 390846**<br>**Minneapolis, MN 55439** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.111** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | 6019 |

| | | |
|---|---|---|
| Name and Address<br>**Optimum Outcomes, Inc.**<br>**POB 660943**<br>**Dallas, TX 75266-0943** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.60** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | 9065 |

| | | |
|---|---|---|
| Name and Address<br>**Physician Immediate Care Ctr**<br>**POB 2462**<br>**Loves Park, IL 61132-2462** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.28** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | 4222 |

Debtor 1  **Adrian Val Wadsworth**
Debtor 2  **Jennifer Chandler Wadsworth**

Case number (if know)  **16-40020**

| Name and Address | | |
|---|---|---|
| **Pocatello Children's Clinic** **1151 Hospital Way** **Bldg F** **Pocatello, ID 83201** | On which entry in Part 1 or Part 2 did you list the original creditor? Line **4.77** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **0640** |

| Name and Address | | |
|---|---|---|
| **Pocatello Children's Clinic** **1151 Hospital Way** **Bldg F** **Pocatello, ID 83201** | On which entry in Part 1 or Part 2 did you list the original creditor? Line **4.78** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **0641** |

| Name and Address | | |
|---|---|---|
| **Portfolio Recovery Associate** **POB 12914** **Norfolk, VA 23541** | On which entry in Part 1 or Part 2 did you list the original creditor? Line **4.10** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **1376** |

| Name and Address | | |
|---|---|---|
| **Portneuf Medical Center** **POB 843893** **Dallas, TX 75284-3893** | On which entry in Part 1 or Part 2 did you list the original creditor? Line **4.67** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **8442** |

| Name and Address | | |
|---|---|---|
| **Portneuf Medical Center** **Attn: Patient Accounts** **777 Hospital Way** **Pocatello, ID 83201** | On which entry in Part 1 or Part 2 did you list the original creditor? Line **4.68** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **0944** |

| Name and Address | | |
|---|---|---|
| **Portneuf Medical Center** **Attn: Patient Accounts** **777 Hospital Way** **Pocatello, ID 83201** | On which entry in Part 1 or Part 2 did you list the original creditor? Line **4.69** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **8407** |

| Name and Address | | |
|---|---|---|
| **Publishers Clearing House** **POB 4002936** **Des Moines, IA 50340-2936** | On which entry in Part 1 or Part 2 did you list the original creditor? Line **4.107** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **4966** |

| Name and Address | | |
|---|---|---|
| **R.C.Willey Corp** **2301 South 300 West** **Salt Lake City, UT 84115** | On which entry in Part 1 or Part 2 did you list the original creditor? Line **4.59** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **9581** |

| Name and Address | | |
|---|---|---|
| **Radiology Physicians of ID** **POB 30015** **Dept #60** **Salt Lake City, UT 84130-0015** | On which entry in Part 1 or Part 2 did you list the original creditor? Line **4.2** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **9332** |

| Name and Address | | |
|---|---|---|
| **Radiology Physicians of ID** **Attn: Patient Accounts** **444 Hospital Way** **Pocatello, ID 83201** | On which entry in Part 1 or Part 2 did you list the original creditor? Line **4.3** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims ☒ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **2X6Y** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **Adrian Val Wadsworth**
Debtor 2   **Jennifer Chandler Wadsworth**

Case number (if know)   **16-40020**

| | |
|---|---|
| **Radiology Physicians of ID**<br>**Attn: Patient Accounts**<br>**444 Hospital Way**<br>**Pocatello, ID 83201** | Line **4.4** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number    **4463** |
| Name and Address<br>**REC Acquisitions LLC**<br>**1750 Regal Row**<br>**Dallas, TX 75235** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.99** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number    **0955** |
| Name and Address<br>**REC Acquisitions LLC**<br>**1750 Regal Row**<br>**Dallas, TX 75235** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.100** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number    **4861** |
| Name and Address<br>**RMS**<br>**4836 Brecksville Rd.**<br>**PO Box 523**<br>**Richfield, OH 44286** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.73** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number    **LD4R** |
| Name and Address<br>**Rocky Mountain Emergency Phy**<br>**651 Memorial Drive**<br>**Pocatello, ID 83201** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.26** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number    **4747** |
| Name and Address<br>**Sean Beck**<br>**Johnson Mark LLC**<br>**3023 E Cooper Point Dr, #102**<br>**Meridian, ID 83642** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.91** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number    **74OC** |
| Name and Address<br>**Sean Beck**<br>**Johnson Mark LLC**<br>**3023 E Cooper Point Dr, #102**<br>**Meridian, ID 83642** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.93** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number    **40OC** |
| Name and Address<br>**Stacy L. Wallace**<br>**Johnson Mark LLC**<br>**3023 E Cooper Point, Ste 102**<br>**Meridian, ID 83642** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.92** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number    **61OC** |
| Name and Address<br>**Stacy L. Wallace**<br>**Johnson Mark LLC**<br>**3023 E Cooper Point, Ste 102**<br>**Meridian, ID 83642** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.71** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number    **31OC** |
| Name and Address<br>**Stacy L. Wallace**<br>**Johnson Mark LLC**<br>**3023 E Cooper Point, Ste 102**<br>**Meridian, ID 83642** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.72** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number    **13OC** |
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |

Debtor 1  **Adrian Val Wadsworth**
Debtor 2  **Jennifer Chandler Wadsworth**

Case number (if know)   **16-40020**

---

**Sunrise Credit Services, Inc**
**PO Box 9168**
**Farmingdale, NY 11735-9168**

Line **4.113** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number      **7430**

---

Name and Address
**Web Bank**
**215 S State St**
**Salt Lake City, UT 84111**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.72** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number      **2385**

---

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
| --- | --- |

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159.** Add the amounts for each type of unsecured claim.

| | | | | Total claim |
| --- | --- | --- | --- | --- |
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 6,028.84 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. | $ 6,028.84 |

| | | | | Total Claim |
| --- | --- | --- | --- | --- |
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 76,352.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 91,856.46 |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | $ 168,208.46 |

---

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Adrian Val Wadsworth** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Jennifer Chandler Wadsworth** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO | | |
| Case number | **16-40020** | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1 | |
| Name | |
| Number    Street | |
| City          State          ZIP Code | |
| 2.2 | |
| Name | |
| Number    Street | |
| City          State          ZIP Code | |
| 2.3 | |
| Name | |
| Number    Street | |
| City          State          ZIP Code | |
| 2.4 | |
| Name | |
| Number    Street | |
| City          State          ZIP Code | |
| 2.5 | |
| Name | |
| Number    Street | |
| City          State          ZIP Code | |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Adrian Val Wadsworth** |
| | First Name                    Middle Name                    Last Name |
| Debtor 2 | **Jennifer Chandler Wadsworth** |
| (Spouse if, filing) | First Name                    Middle Name                    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number | **16-40020** |
| (if known) | |

☐ Check if this is an amended filing

# Official Form 106H
# Schedule H: Your Codebtors

**12/15**

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

■ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
■ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

    ■ No
    ☐ Yes.

    In which community state or territory did you live?    **-NONE-**    . Fill in the name and current address of that person.

    _____
    Name of your spouse, former spouse, or legal equivalent
    Number, Street, City, State & Zip Code

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| **3.1**<br>Name<br><br>Number    Street<br>City    State    ZIP Code | ☐ Schedule D, line   _____<br>☐ Schedule E/F, line  _____<br>☐ Schedule G, line  _____ |
| **3.2**<br>Name<br><br>Number    Street<br>City    State    ZIP Code | ☐ Schedule D, line   _____<br>☐ Schedule E/F, line  _____<br>☐ Schedule G, line  _____ |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Adrian Val Wadsworth** |
| Debtor 2 (Spouse, if filing) | **Jennifer Chandler Wadsworth** |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number (If known) | **16-40020** |

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
# Schedule I: Your Income                                           12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:     Describe Employment

1. **Fill in your employment information.**

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| If you have more than one job, attach a separate page with information about additional employers. | **Employment status** | ■ Employed<br>☐ Not employed | ☐ Employed<br>■ Not employed |
| | **Occupation** | **Detective** | |
| Include part-time, seasonal, or self-employed work. | **Employer's name** | **City of Pocatello** | |
| Occupation may include student or homemaker, if it applies. | **Employer's address** | **911 N 7th Ave**<br>**Pocatello, ID 83201** | |
| | **How long employed there?** | **17 Years** | |

## Part 2:     Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ **6,221.71** | $ **0.00** |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ **0.00** | +$ **0.00** |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $ **6,221.71** | $ **0.00** |

Debtor 1  **Adrian Val Wadsworth**
Debtor 2  **Jennifer Chandler Wadsworth**

Case number (*if known*)  **16-40020**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Copy line 4 here** | 4. | $ 6,221.71 | $ 0.00 |
| 5. | **List all payroll deductions:** | | | |
| | 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 279.65 | $ 0.00 |
| | 5b. **Mandatory contributions for retirement plans** | 5b. | $ 520.00 | $ 0.00 |
| | 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| | 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| | 5e. **Insurance** | 5e. | $ 412.00 | $ 0.00 |
| | 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| | 5g. **Union dues** | 5g. | $ 40.00 | $ 0.00 |
| | 5h. **Other deductions.** Specify: _____ | 5h.+ | $ 0.00 + | $ 0.00 |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 1,251.65 | $ 0.00 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 4,970.06 | $ |
| 8. | **List all other income regularly received:** | | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| | 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| | 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| | 8e. **Social Security** | 8e. | $ 1,204.00 | $ 0.00 |
| | 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ 0.00 |
| | 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| | 8h. **Other monthly income.** Specify: _____ | 8h.+ | $ 0.00 + | $ 0.00 |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 1,204.00 | $ 0.00 |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 6,174.06 + $ 0.00 = | $ 6,174.06 |

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____                                                                         11.  +$        0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies                                                                         12.  $     6,174.06

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
■ Yes. Explain:  **Expecting Possible .50/hr raise**

Official Form 106I                                 **Schedule I: Your Income**                                 page 2

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Adrian Val Wadsworth** |
| Debtor 2 (Spouse, if filing) | **Jennifer Chandler Wadsworth** |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number (if known) | **16-40020** |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1.  **Is this a joint case?**

☐ No. Go to line 2.

■ Yes. **Does Debtor 2 live in a separate household?**

    ■ No
    ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**    ☐ No

Do not list Debtor 1 and Debtor 2.    ■ Yes.    Fill out this information for each dependent..............

Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Son** | **13** | ☐ No  ■ Yes |
| **Daughter** | **15** | ☐ No  ■ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**    ■ No    ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | **Your expenses** |
|---|---|---|

4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.    4. $    **1,170.82**

**If not included in line 4:**

| 4a. | Real estate taxes | 4a. $ | **153.00** |
|---|---|---|---|
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | **50.00** |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | **125.00** |
| 4d. | Homeowner's association or condominium dues | 4d. $ | **0.00** |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | **0.00** |

Debtor 1    **Adrian Val Wadsworth**

Debtor 2    **Jennifer Chandler Wadsworth**                    Case number (if known)    **16-40020**

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. Electricity, heat, natural gas | 6a. | $ | **320.55** |
| | 6b. Water, sewer, garbage collection | 6b. | $ | **112.00** |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | **359.00** |
| | 6d. Other. Specify: **Netflix** | 6d. | $ | **14.00** |
| 7. | **Food and housekeeping supplies** | 7. | $ | **950.00** |
| 8. | **Childcare and children's education costs** | 8. | $ | **50.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ | **75.00** |
| 10. | **Personal care products and services** | 10. | $ | **125.00** |
| 11. | **Medical and dental expenses** | 11. | $ | **250.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ | **375.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ | **125.00** |
| 14. | **Charitable contributions and religious donations** | 14. | $ | **341.00** |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. Life insurance | 15a. | $ | **0.00** |
| | 15b. Health insurance | 15b. | $ | **0.00** |
| | 15c. Vehicle insurance | 15c. | $ | **120.00** |
| | 15d. Other insurance. Specify: | 15d. | $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | $ | **0.00** |
| 17. | **Installment or lease payments:** | | | |
| | 17a. Car payments for Vehicle 1 | 17a. | $ | **600.00** |
| | 17b. Car payments for Vehicle 2 | 17b. | $ | **196.00** |
| | 17c. Other. Specify: **Chevy Silverado Payment** | 17c. | $ | **404.00** |
| | 17d. Other. Specify: **Jayco Trailer Payment** | 17d. | $ | **180.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. Mortgages on other property | 20a. | $ | **0.00** |
| | 20b. Real estate taxes | 20b. | $ | **0.00** |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $ | **0.00** |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $ | **0.00** |
| | 20e. Homeowner's association or condominium dues | 20e. | $ | **0.00** |
| 21. | **Other:** Specify: | 21. | +$ | **0.00** |
| 22. | **Calculate your monthly expenses** | | | |
| | 22a. Add lines 4 through 21. | | $ | **6,095.37** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | | $ | **6,095.37** |
| 23. | **Calculate your monthly net income.** | | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. | $ | **6,174.06** |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. | -$ | **6,095.37** |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. | $ | **78.69** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.

☐ Yes.    Explain here:

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Adrian Val Wadsworth** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Jennifer Chandler Wadsworth** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number | **16-40020** |
| (if known) | |

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No

☐ Yes. Name of person _____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X **/s/ Adrian Val Wadsworth** | X **/s/ Jennifer Chandler Wadsworth** |
|---|---|
| **Adrian Val Wadsworth** | **Jennifer Chandler Wadsworth** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date **January 27, 2016** | Date **January 27, 2016** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Adrian Val Wadsworth |
| | First Name          Middle Name          Last Name |
| Debtor 2 | Jennifer Chandler Wadsworth |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number | 16-40020 |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Give Details About Your Marital Status and Where You Lived Before

1.   **What is your current marital status?**

■ Married
☐ Not married

2.   **During the last 3 years, have you lived anywhere other than where you live now?**

■ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

3.   **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2   Explain the Sources of Your Income

4.   **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ■ Wages, commissions, bonuses, tips | $0.00 | ☐ Wages, commissions, bonuses, tips | $0.00 |
| | ☐ Operating a business | | ☐ Operating a business | |

| Debtor 1 | **Adrian Val Wadsworth** |
|---|---|
| Debtor 2 | **Jennifer Chandler Wadsworth** |

Case number (*if known*)   **16-40020**

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>(January 1 to December 31, 2015 ) | ■ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $61,577.32 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $0.00 |
| **For the calendar year before that:**<br>(January 1 to December 31, 2014 ) | ■ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $58,267.05 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $0.00 |

**5.  Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below.. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | | $0.00 | SSI Benefits | $0.00 |
| **For last calendar year:**<br>(January 1 to December 31, 2015 ) | | $0.00 | SSI Benefits | $15,712.80 |
| **For the calendar year before that:**<br>(January 1 to December 31, 2014 ) | | $0.00 | SSI Benefits | $29,968.00 |

**Part 3:**   **List Certain Payments You Made Before You Filed for Bankruptcy**

**6.  Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,225* or more?

☐ No.   Go to line 7.
☐ Yes   List below each creditor to whom you paid a total of $6,225* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
* Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.

■ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.   Go to line 7.
■ Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

Debtor 1   **Adrian Val Wadsworth**
Debtor 2   **Jennifer Chandler Wadsworth**                                    Case number *(if known)*   **16-40020**

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Auto Image**<br>**2042 Garett Way**<br>**Pocatello, ID 83201** | **10/23/15, 12/5/15** | **$1,200.00** | **$13,889.78** | ☐ Mortgage<br>■ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **Northwest Title Loans**<br>**299 Yellowstone Ave**<br>**Pocatello, ID 83201** | **10/26/15, 11/11/15,**<br>**1/4/16** | **$1,412.46** | **$1,600.00** | ☐ Mortgage<br>■ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
    *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

    ■  No
    ☐  Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
    Include payments on debts guaranteed or cosigned by an insider.

    ■  No
    ☐  Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

**Part 4:**   Identify Legal Actions, Repossessions, and Foreclosures

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ☐  No
    ■  Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **CDI Affiliated Services, Inc Vs.**<br>**Jennifer Wadsworth, etal**<br>**CV-2015-0001692-OC** | **Collection** | **6th Judicial District Court**<br>**Bannock County**<br>**624 E Center**<br>**Pocatello, ID 83201** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **Check Tech Inc vs. Adrian**<br>**Wadsworth, etal**<br>**CV-2014-0004958-SC** | **Collection** | **6th Judicial District Court -**<br>**Small Clms**<br>**Bannock County**<br>**624 E Center**<br>**Pocatello, ID 83201** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor 1   **Adrian Val Wadsworth**
Debtor 2   **Jennifer Chandler Wadsworth**

Case number *(if known)*   **16-40020**

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Midland Funding LLC vs. Jennifer Wadsworth CV-2014-0004913-OC** | **Collection** | **6th Judicial District Court Bannock County 624 E Center Pocatello, ID 83201** | ☐ Pending ☐ On appeal ■ Concluded |
| **Portfolio Recovery Associates LLC vs. Adrian Wadsworth CV-2016-0000040-OC** | **Collection** | **6th Judicial District Court Bannock County 624 E Center Pocatello, ID 83201** | ■ Pending ☐ On appeal ☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No
■ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property Explain what happened | Date | Value of the property |
|---|---|---|---|
| **Check Tech, Inc. 396 Yellowstone Ste C Pocatello, ID 83201** | **Debtor's Paycheck** ☐ Property was repossessed. ☐ Property was foreclosed. ■ Property was garnished. ☐ Property was attached, seized or levied. | **4/10/15 - 5/8/15** | **$1,314.14** |
| **Santander Consumer USA Inc 8585 N Stemmons Fwy #1100, Dallas, TX 75247** | **2007 Ford F150 Super C** ■ Property was repossessed. ☐ Property was foreclosed. ☐ Property was garnished. ☐ Property was attached, seized or levied. | **8/2015** | **$10,000.00** |
| **CPS Inc Asset Recovery Department PO Box 57071 Irvine, CA 92619-7071** | **2012 Nissan Rogue** ■ Property was repossessed. ☐ Property was foreclosed. ☐ Property was garnished. ☐ Property was attached, seized or levied. | **8/2015** | **$13,500.00** |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
■ No
☐ Yes

**Statement of Financial Affairs for Individuals Filing for Bankruptcy**

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Adrian Val Wadsworth** | | |
|---|---|---|---|
| Debtor 2 | **Jennifer Chandler Wadsworth** | Case number *(if known)* | **16-40020** |

## Part 5:    List Certain Gifts and Contributions

13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?

☑ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | |

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity

☐ No
☑ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| Church of Jesus Christ of Latter Day Snt<br>50 N Temple<br>Salt Lake City, UT 84150 | Cash and Checks | 1/2015 - 1/2016 | $1,829.00 |

## Part 6:    List Certain Losses

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

☑ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | | |

## Part 7:    List Certain Payments or Transfers

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Gray Law Offices<br>PO Box 37<br>Pocatello, ID 83204-0037<br>montegray@cableone.net | $600 | 10/1/15 | $600.00 |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Debtor 1  **Adrian Val Wadsworth**
Debtor 2  **Jennifer Chandler Wadsworth**

Case number *(if known)*  **16-40020**

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☒ No
☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
☒ Yes. Fill in the details.

| Person Who Received Transfer Address | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person's relationship to you | | | |
| **One Stop Auto Sales 2042 Garett Way Pocatello, ID 83201** | **2011 Ford, Edge, $17,000.00** | **$17,000** | **2/2015** |
| **Buyer/Seller** | | | |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☒ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**  List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☒ **No**
☐ **Yes. Fill in the details.**

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☒ **No**
☐ **Yes. Fill in the details.**

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **Adrian Val Wadsworth**
Debtor 2  **Jennifer Chandler Wadsworth**

Case number *(if known)*  **16-40020**

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy**

■ **No**
☐ **Yes. Fill in the details.**

| Name of Storage Facility<br>**Address** (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>**Address** (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | |

**Part 9:**  Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ **No**
☐ **Yes.  Fill in the details.**

| Owner's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| | | | |

**Part 10:**  Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

25. **Have you notified any governmental unit of any release of hazardous material?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ **No**
☐ **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency Name<br>**Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

**Part 11:**  Give Details About Your Business or Connections to Any Business

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

Debtor 1   **Adrian Val Wadsworth**
Debtor 2   **Jennifer Chandler Wadsworth**                          Case number *(if known)*   **16-40020**

☐ **A partner in a partnership**

☐ **An officer, director, or managing executive of a corporation**

☐ **An owner of at least 5% of the voting or equity securities of a corporation**

☑ **No. None of the above applies. Go to Part 12.**

☐ **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ **No**
☐ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|

**Part 12:   Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Adrian Val Wadsworth                          /s/ Jennifer Chandler Wadsworth
**Adrian Val Wadsworth**                            **Jennifer Chandler Wadsworth**
**Signature of Debtor 1**                            **Signature of Debtor 2**

Date      **January 27, 2016**                      Date      **January 27, 2016**

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**
☑ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
☑ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Adrian Val Wadsworth** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Jennifer Chandler Wadsworth** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF IDAHO |
| Case number (if known) | **16-40020** |

☐ Check if this is an amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7          12/15

If you are an individual filing under chapter 7, you must fill out this form if:
■ creditors have claims secured by your property, or
■ you have leased personal property and the lease has not expired.
**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

**Part 1:     List Your Creditors Who Have Secured Claims**

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Auto Image**<br><br>Description of property securing debt: **2004 Ford F-250 189,169 miles Location: 2537 Butte St, Pocatello ID 83201** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>■ Yes |
| Creditor's name: **Caliber Home Loans, In**<br><br>Description of property securing debt: **2537 Butte St Pocatello, ID 83201  Bannock County** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]: **work out modification** | ☐ No<br><br>■ Yes |
| Creditor's name: **Farm Bureau**<br><br>Description of property: **2007 Jayco 1400WC Trailer No Awning, Non working heating and air-conditioning** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement.* | ☐ No<br><br>■ Yes |

Official Form 108          **Statement of Intention for Individuals Filing Under Chapter 7**          page 1

Debtor 1 **Adrian Val Wadsworth**
Debtor 2 **Jennifer Chandler Wadsworth**

Case number *(if known)* **16-40020**

| | | |
|---|---|---|
| property securing debt: | **unit** Location: 2537 Butte St, Pocatello ID 83201 | ☐ Retain the property and [explain]: |

| | | | |
|---|---|---|---|
| Creditor's name: | **NW Title Loans** | ☐ Surrender the property. ☐ Retain the property and redeem it. ■ Retain the property and enter into a *Reaffirmation Agreement.* ☐ Retain the property and [explain]: | ☐ No ■ Yes |
| Description of property securing debt: | **1999 Chevrolet Silverado 200,499 miles** Location: 2537 Butte St, Pocatello ID 83201 | | |

| | | | |
|---|---|---|---|
| Creditor's name: | **Rebuild Financial** | ☐ Surrender the property. ☐ Retain the property and redeem it. ■ Retain the property and enter into a *Reaffirmation Agreement.* ☐ Retain the property and [explain]: | ☐ No ■ Yes |
| Description of property securing debt: | **2003 Jeep Liberty 107,636 miles** Location: 2537 Butte St, Pocatello ID 83201 | | |

| | | | |
|---|---|---|---|
| Creditor's name: | **T-Mobile** | ☐ Surrender the property. ☐ Retain the property and redeem it. ■ Retain the property and enter into a *Reaffirmation Agreement.* ☐ Retain the property and [explain]: | ☐ No ■ Yes |
| Description of property securing debt: | **IPhone 6s** Location: 2537 Butte St, Pocatello ID 83201 | | |

| | | | |
|---|---|---|---|
| Creditor's name: | **T-Mobile** | ☐ Surrender the property. ☐ Retain the property and redeem it. ■ Retain the property and enter into a *Reaffirmation Agreement.* ☐ Retain the property and [explain]: | ☐ No ■ Yes |
| Description of property securing debt: | **Samsung Galaxy S6** Location: 2537 Butte St, Pocatello ID 83201 | | |

| | | | |
|---|---|---|---|
| Creditor's name: | **T-Mobile** | ☐ Surrender the property. ☐ Retain the property and redeem it. ■ Retain the property and enter into a *Reaffirmation Agreement.* ☐ Retain the property and [explain]: | ☐ No ■ Yes |
| Description of property securing debt: | **Samsung Galaxy S6** Location: 2537 Butte St, Pocatello ID 83201 | | |

| | | | |
|---|---|---|---|
| Creditor's name: | **The Bureaus Inc.** | ☐ Surrender the property. ■ Retain the property and redeem it. ☐ Retain the property and enter into a *Reaffirmation Agreement.* ☐ Retain the property and [explain]: | ☐ No ■ Yes |
| Description of property securing debt: | **1996 Kawasaki KLX650 4wheeler All 3 Kawasakis on blanket lien** Location: 2537 Butte St, Pocatello ID 83201 | | |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Debtor 1 | **Adrian Val Wadsworth** | | |
|---|---|---|---|
| Debtor 2 | **Jennifer Chandler Wadsworth** | Case number *(if known)* | **16-40020** |

| | | | |
|---|---|---|---|
| Creditor's name: | **The Bureaus Inc.** | ☐ Surrender the property. <br> ■ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: | ☐ No <br><br> ■ Yes |
| Description of property securing debt: | **1996 Kawasaki KLX650 4wheeler** <br> **All 3 Kawasakis on blanket lien** <br> **Location: 2537 Butte St, Pocatello ID 83201** | | |

| | | | |
|---|---|---|---|
| Creditor's name: | **The Bureaus Inc.** | ☐ Surrender the property. <br> ■ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: | ☐ No <br><br> ■ Yes |
| Description of property securing debt: | **2002 Kawasaki KLF300** <br> **All 3 Kawasakis on blanket lien** <br> **Location: 2537 Butte St, Pocatello ID 83201** | | |

| | | | |
|---|---|---|---|
| Creditor's name: | **The Bureaus Inc.** | ☐ Surrender the property. <br> ■ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: | ☐ No <br><br> ■ Yes |
| Description of property securing debt: | **2002 Kawasaki KLX110** <br> **All 3 Kawasakis on Blanket lien** <br> **Location: 2537 Butte St, Pocatello ID 83201** | | |

**Part 2:   List Your Unexpired Personal Property Leases**

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: <br> Description of leased <br> Property: | ☐ No <br><br> ☐ Yes |
| Lessor's name: <br> Description of leased <br> Property: | ☐ No <br><br> ☐ Yes |
| Lessor's name: <br> Description of leased <br> Property: | ☐ No <br><br> ☐ Yes |
| Lessor's name: <br> Description of leased <br> Property: | ☐ No <br><br> ☐ Yes |
| Lessor's name: <br> Description of leased <br> Property: | ☐ No <br><br> ☐ Yes |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor 1  **Adrian Val Wadsworth**

Debtor 2  **Jennifer Chandler Wadsworth**              Case number *(if known)*  **16-40020**

Lessor's name:

Description of leased
Property:                         ☐ No

☐ Yes

Lessor's name:

Description of leased
Property:                         ☐ No

☐ Yes

| Part 3: | **Sign Below** |
|---------|----------------|

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X  **/s/ Adrian Val Wadsworth**              X  **/s/ Jennifer Chandler Wadsworth**

   **Adrian Val Wadsworth**                    **Jennifer Chandler Wadsworth**

   Signature of Debtor 1                         Signature of Debtor 2

   Date    **January 27, 2016**           Date    **January 27, 2016**

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

> **You are an individual filing for bankruptcy,** and

> **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

    Chapter 7 - Liquidation

    Chapter 11 - Reorganization

    Chapter 12 - Voluntary repayment plan for family farmers or fishermen

    Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

**Chapter 7:        Liquidation**

|  |  |
|---:|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

    most taxes;

    most student loans;

    domestic support and property settlement obligations;

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   | | |
|---|---|---|
| | $1,167 | filing fee |
| + | $550 | administrative fee |
| | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Chapter 12: Repayment plan for family farmers or fishermen

| | | |
|---|---|---|
| | $200 | filing fee |
| + | $75 | administrative fee |
| | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

## Chapter 13: Repayment plan for individuals with regular income

| | | |
|---|---|---|
| | $235 | filing fee |
| + | $75 | administrative fee |
| | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

    domestic support obligations,

    most student loans,

    certain taxes,

    debts for fraud or theft,

    debts for fraud or defalcation while acting in a fiduciary capacity,

    most criminal fines and restitution obligations,

    certain debts that are not listed in your bankruptcy papers,

    certain debts for acts that caused death or personal injury, and

    certain long-term secured debts.

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

### Bankruptcy crimes have serious consequences

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

### Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

### Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCredit AndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

# United States Bankruptcy Court
## District of Idaho

In re    **Adrian Val Wadsworth**
**Jennifer Chandler Wadsworth**

Case No.    **16-40020**

Chapter    **7**

Debtor(s)

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:    **January 27, 2016**

**/s/ Adrian Val Wadsworth**
**Adrian Val Wadsworth**
Signature of Debtor

Date:    **January 27, 2016**

**/s/ Jennifer Chandler Wadsworth**
**Jennifer Chandler Wadsworth**
Signature of Debtor